**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **CASE NO. 6:20-bk-05582**

**1069 Restaurant Group, LLC, *et al*.,** **CHAPTER 11**

**Joint Administration Requested**[1]

**Debtors.**
_____________________________________/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

**1069 Restaurant Group, LLC.** ("1069 RG", or the "Debtor"), a Florida limited liability company, and ten (10) of its affiliates or subsidiaries (the "Affiliated Debtors") ("1069 RG" and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, file this Chapter 11 Case Management Summary, and state as follows:

## I. Description of 1069 RG's Business

1. On October 5, 2020, Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. No trustee has been appointed and Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor is privately held Florida corporation formed to operate thirty-three Golden Corral restaurants, (the "Restaurants"), located in the greater Orlando, Florida and Atlanta, Georgia areas. Mr. Eric Holm, ("Mr. Holm"), serves as 1069 RG's manager as well as the manager and

---

1 Joint administration requested with the following cases: 1069 Restaurant Group, LLC, Case No.: 6:20-bk-05582; Metro Corral Partners, Inc., Case No.: 6:20-bk-05584; Metro Corral Partners, LLC, Case No.:6-20-bk-05583; MCP of Kissimmee, Inc., Case No.: 6-20-bk-05593; Maingate GC, Inc., Case No.: 6:20-bk-05589; Altamonte GC, Inc., Case No.: 6:20-bk-05585; Celebration GC Ventures, LLC, Case No.: 6-20-bk-05586; Clermont GC, LLC, Case No.: 6:20-bk-

President for each subsidiary. The Restaurants were designed to offer traditional all-you-can-eat buffet and grill style dining during lunch and dinner hours. The number of Restaurants grew steadily through the 1990's, then more than doubled in 2004 with the addition of thirteen new locations. Growth steadily continued through the 2000's, and the Debtor became the largest franchisee in the Golden Corral chain of restaurants. The combined companies 2019-year end restaurant sales were more than $141 million. 1069 RG maintains its corporate offices at: 1069 W Morse Blvd., Winter Park, Florida 32714.

3. The Restaurants are owned and operated through ten subsidiaries. Metro Corral Partners, Inc., ("Metro FL"), originally formed in 1993, operates six Restaurants in the metro Orlando, Florida area. Currently none of these Restaurants are open, but Metro FL intends to reopen the following four of these Restaurants by the end of November: (i) I-Drive (8032 International Drive, Orlando); (ii) Vineland (8707 Vineland Avenue, Orlando); (iii) Taylor Road (907 Taylor Road, Port Orange); and (iv) College Road (2111 S.W. College Road, Ocala). A chart identifying the Restaurants is attached hereto as Exhibit "A" and is incorporated herein by reference.

4. Metro Corral Partners, LLC, ("Metro GA"), operates nineteen Restaurants in the greater Atlanta, Georgia area. Currently, the following five Restaurants are open: (i) Gainesville (1450 SW Browns Bridge Road, Gainesville); (ii) Conyers (1350 NE Highway 138, Conyers); (iii) Douglasville (6975 Douglas Boulevard, Douglasville); (iv) McDonough (1755 Jonesboro Road, McDonough); and (v) Kennesaw (700 Ernest Barrett Parkway, Kennesaw). Metro GA intends to reopen the following nine of these Restaurants by the end of December: (i) Cobb Parkway (2211 Cobb Parkway SE, Marietta); (ii) Bullsboro Drive (605 Bullsboro Drive, Newnan); (iii) Satellite Road (3270 Satellite Boulevard, Duluth); (iv) Lawrenceville Highway (2136 Lawrenceville Highway, Decatur); (v) Presidential Parkway (4704 Presidential Parkway, Macon); (vi) Highway

---

05587; East Colonial, LLC, Case No.: 6:20-bk-05588; and Metro I Drive, LLC, Case No.: 6:20-bk-05594.

138 (3867 Highway 138, Stockbridge); (vii) Market Place Boulevard (2025 Market Place Boulevard, Cumming); (viii) May Street (163 E. May Street, Winder); and (ix) Buford Drive (4020 Buford Drive, Buford). A chart identifying the Restaurants is attached hereto as Exhibit "B" and is incorporated herein by reference.

5. Each of the following entities, which are ultimately owned by 1069 RG, operate one Restaurant: (i) MCP of Kissimmee, Inc., ("Kissimmee"); (ii) Maingate GC, Inc., ("Maingate"); (iii) Altamonte GC, Inc., ("Altamonte"); (iv) Universal Corral, LLC, ("Universal"); (v) Celebration GC Ventures, LLC, ("Celebration"); (vi) Clermont GC, LLC, ("Clermont"); (vii) East Colonial, LLC, ("East Colonial"); (viii) and Metro I Drive, LLC ("I Drive"). Currently only the Restaurant owned by Celebration is open. The Debtors intend to open the Restaurants owned by East Colonial, Clermont, Altamonte, Kissimmee and Maingate by the end of December. All the operations for the stand alone entities are conducted through Metro FL. A chart identifying the Restaurants is attached hereto as Exhibit "C" and is incorporated herein by reference.

## II. Events Leading to and Reasons for Filing

6. The unexpected and unprecedented COVID-19 pandemic, (the "Pandemic"), severely impacted the Restaurants. On March 13, 2020, the President of the United States declared a national emergency as a result of the Pandemic. To combat the spread of COVID-19, public health officials urged all people to stay at home and to practice "social distancing" when engaging in essential tasks. Non-essential tasks and services were to be reduced or eliminated. The State of Florida and Georgia stay at home directives precluded businesses from operating as usual. Commercial and retail operations, particularly those providing services deemed non-essential, were forced to adapt, or shut down. Eateries with existing delivery options attempted to continue operations, yet those without

delivery, especially buffet style eateries, like the Restaurants, were not designed as take-out providers and subsequently faced closure.

7. On March 16, 2020, all Restaurants were closed. During April through July 2020, the companies considered numerous restructuring options and negotiated with various creditor groups as to past due obligations. Beginning in late August through mid-September several locations reopened in Georgia and Florida; currently six (6) locations are open for dine-in service.

8. The Pandemic continues to influence national and state public health policies, yet restrictions in both Florida and Georgia have eased substantially providing the Restaurants an opportunity to increase operations. Mr. Holm and his management team are prepared to implement new designs for the Restaurants to enhance dinning safety and will utilize the chapter 11 reorganization process to begin implementing those redesigns while assessing which locations remain viable going forward. Restaurants are gradually reopening for dine-in services, and additional locations will reopen when management believes it is safe to do so.

9. The Pandemic is creating enormous disruption throughout the economy, and the restaurant industry as a whole is especially affected. In June 2020, The National Restaurant Association released new data outlining the grim COVID-19 impact so far. The National Restaurant Association said restaurants lost $40 billion in May, bringing the three-month total to $120 billion after March dropped $30 billion in an abbreviated window and April sank $50 billion as stay-at-home policies covered the entire month. Overall, restaurants are expected to lose some $240 billion by year’s end.

10. Since the March closures, six Restaurants have been reopened, and the Debtors anticipate opening another eighteen stores by the end of 2020. Leadership will continue reviewing underperforming locations for potential closure and/or sale where appropriate. Debtors expect to

reject at least six leases in the very near term. An emergency motion to reject certain leases is expected to be filed contemporaneously or shortly after the chapter 11 petition is filed. Debtors will continue to closely monitor the Restaurants performance during the Pandemic and the assorted State shelter-in-place orders to determine which locations remain viable.

**III. Debtor's Corporate Ownership**

11. 1069 RG is the sole owner of its co-Debtor subsidiaries. Holm & Holm Corporation, Inc. is the sole owner of 1069 RG and Eric Holm and Diane Holm are the sole owners of Holm & Holm Corporation Inc. A chart identifying the corporate ownership structure of the Debtors is attached hereto as Exhibit "D" and is incorporated herein by reference.

**IV. Debtors' Cash Management System**

12. As of the Petition Date, Metro FL maintained seventeen bank accounts (the "Florida Bank Accounts") at Regions Bank which are electronically connected to permit the daily receipt of credit card payments and receipts which are essential to the ordinary operation of Metro FL's and its Florida area affiliate Restaurants.

13. Prior to the Petition Date, Metro FL maintained an automated cash management system through which Metro FL collects and accounts for all monetary receipts and disbursements (the "Florida Cash Management System"). The Florida Cash Management System was developed to enable Metro FL to accurately track cash, checks, and cash equivalents received by and transferred from third parties and the Restaurants to Metro FL. Each individual Restaurant has a bank account to deposit the store's cash sales proceeds, credit card sales, gift card settlements, and third-party sales deposits such as DoorDash and Postmate. The funds are ultimately swept into the primary cash account, (the "Florida Master Account," account ending *1333), controlled by Metro FL. The

Florida Master Account serves as the concentrated collection point for all cash received by Metro FL and its Florida affiliates.

14. Metro FL retains the swept funds in the Florida Master Account to cover insurance expenses for insurance provided under group insurance policies and other related operational expenses as well as to cover payroll for each restaurant location. Once received in the Florida Master Account, disbursements are made via several ZBA accounts set up to handle, *inter alia*, general disbursements, ACH payments to certain vendors, rent payments, payroll, and taxes. This automated system allows for the efficient payment and tracking of critical expenses.

15. As of the Petition Date, Metro GA maintained twenty-two bank accounts (the "GA Bank Accounts") at Regions Bank which are electronically connected to permit the daily receipt of credit card payments which are essential to the ordinary operation of Metro GA's Restaurants.

16. Prior to the Petition Date, Metro GA maintained an automated cash management system through which Metro GA collects and accounts for all monetary receipts and disbursements (the "Georgia Cash Management System"). The Georgia Cash Management System was developed to enable Metro GA Georgia to accurately track cash, checks, and cash equivalents received by and transferred from third parties and the Restaurants to Metro GA. The individual Restaurants have bank accounts to deposit the store's cash sales proceeds, credit card sales, gift card settlements, and third-party sales deposits such as DoorDash and Postmate. The funds are ultimately swept into the primary cash account, (the "Georgia Master Account," account ending *1597). The Georgia Master Account serves as the concentrated collection point for all cash received by Metro GA.

17. Metro GA retains the swept funds in the Georgia Master Account to cover insurance expenses for insurance provided under group insurance policies and other related operational expenses as well as to cover payroll for each restaurant location. Once received in the Georgia

Master Account, disbursements are made via several ZBA accounts set up to handle, *inter alia*, general disbursements, ACH payments to certain vendors, rent payments, payroll, and taxes. This automated system allows for the efficient payment and tracking of critical expenses.

## V. Amounts Owed to Various Classes of Creditors

18. As of the Petition Date, Debtors were indebted to various creditors as follows:

| Secured Lenders | Approximate Amount Owed (lien type) |
|---|---|
| Regions Bank | $49,7000,000 mortgage (lien on the inventory, A/R, real property and leaseholds) |

19. Obligations owed to priority creditors such as governmental creditors for taxes.

1069 RG believes it is current with respect to their federal tax obligations but may have the following State sales tax obligations: (i) Metro FL may owe the State of Florida sales tax in the approximate amount of $328,000; and (ii) Metro GA may owe the State of Georgia sales tax in the approximate amount of $550,000.

20. Amount of unsecured claims. As of the Petition Date, Debtors were indebted to non-disputed and non-insider unsecured creditors as follows: (i) Metro FL owes unsecured creditors approximately $918,000; Metro GA owes unsecured creditors approximately $1,717,938. These amounts exclude lease rejection damages for both debtors and a disputed $9,300,000 Paycheck Protection Program ("PPP") loan from Regions Bank owed by 1069 RG.

## VI. General Description and Approximate Value of Debtor's Current and Fixed Assets

19. Debtors' combined assets, at book value, include the following: (i) Metro FL has approximately $176,000 in inventory and accounts receivable and approximately $ 11,064,048 (tax assessed value) in real property; and (ii) Metro GA has approximately $160,000 in inventory and

accounts receivable and approximately $ 8,228,029 (tax assessed value) in real property. Debtor is uncertain as to market value due to the current economic crisis.

As to cash balances, Metro FL had approximately $ 180,000 subject to the lien of Regions Bank, and an additional $3,250,000, which is not subject to the lien of Regions Bank. With respect to Metro GA's cash balance, it had approximately $ 437,000 subject to the lien of Regions Bank, and an additional $4,850,000, which is not subject to the lien of Regions Bank.

**VII. Number of Employees and Amount of Wages Owed as of the Petition Date**

20. As of the Petition Date, Metro FL employ approximately 65 hourly and salaried employees (the "Florida Employees"). The Florida Employees are paid bi-weekly, for services performed during the prior two-week period. Contemporaneously with the filing of this summary, Metro FL is seeking to pay prepetition wages, which are scheduled to be paid beginning on October 14, 2020. No single Employee is believed to be owed more than the $12,850.00 limit set forth in 11 U.S.C. § 507(a)(4).

21. As of the Petition Date, Metro GA employ approximately 330 hourly and salaried employees (the "Georgia Employees"). The Georgia Employees are paid bi-weekly, for services performed during the prior two-week period. Contemporaneously with the filing of this summary, Metro GA is seeking to pay prepetition wages in the approximate amount of $ 259,059.06, which are scheduled to be paid on October 7, 2020. No single Employee is believed to be owed more than the $12,850.00 limit set forth in 11 U.S.C. § 507(a)(4).

**VIII. Anticipated Emergency Relief to be Requested with 14 Days from the Petition Date**

22. Emergency Motion for Authority to Use Cash Collateral for Metro FL and Metro GA.

23. Emergency Motion for Authority to Pay Pre-petition Wages for Metro FL and Metro GA.

24. Emergency Motion for Joint Administration of Cases.

25. Emergency Motion to Maintain Bank Accounts for Metro FL and Metro GA.

26. Emergency Motion to Reject Certain Leases by Metro FL and Metro GA.

**RESPECTFULLY SUBMITTED** this 5th day of October 2020.

/s/ Mariane L. Dorris
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@shukerdorris.com
**Mariane L. Dorris, Esq.**
Florida Bar No. 173665
mdorris@shukerdorris.com
**John B. Dorris, Esq.**
Florida Bar No. 0098158
jdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile: 407-337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **CASE NO. 6:20-bk-05582**

**1069 Restaurant Group, LLC, *et al*.,** **CHAPTER 11**

**Debtors.**
______________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: Debtor c/o Eric Holm, 1069 West Morse Blvd., Winter Park, FL 32789; Regions Bank, c/o Bryan L. Cheek, Esq., 11140 State Bridge Road, Alpharetta, GA 30022, Bryan.cheek@regions.com; Brad Saxton, attorney for Regions Bank, Winderweedle Haines Ward & Woodman P A, PO Box 880, Winter Park, FL 32790-0880, bsaxton@whww.com; all parties entitled to receive CM/ECF noticing; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 5th day of October 2020.

/s/ Mariane L.Dorris
Mariane L. Dorris, Esq.

A

# Metro Corral Partners Inc.

| Owner | Address | Tenant | Assessed Value | Lienholder | Status as of Petition Date |
|---|---|---|---|---|---|
| Metro Corral Partners Inc. | 2111 SW College Rd.<br>Ocala, FL 34474<br><br>Parcel ID: 23534-000-00; and 970522 | N/A | $ 1,860,690<br>$ 224,015 | Regions Bank | Closed |
| Metro Corral Partners Inc. | 907 Taylor Rd.<br>Port Orange, FL 32826<br><br>Parcel ID: 631737000040 | N/A | $ 2,030,699 | Regions Bank | Closed |
| Metro Corral Partners Inc. | 7251 W Colonial Dr.<br>Orlando, FL 32818<br><br>Parcel ID: 23-22-28-3558-00-010 | N/A | $ 1,935,065 | Regions Bank | Closed |
| Metro Corral Partners Inc. | 8032 International Dr.<br>Orlando, FL 32819<br><br>Parcel ID: 36-23-28-3787-00-040 | N/A | $ 2,703,647 | Regions Bank | Closed |
| Metro Corral Partners Inc. | 2328 S Semoran Blvd.<br>Orlando, FL 32822<br><br>Parcel Id: 04-23-30-0000-00-001 | N/A | $ 2,309,932 | Regions Bank | Closed |
| Rjp Vineland Realty LLC | 8707 Vineland Ave.<br>Orlando, FL 32821<br><br>Parcel ID: 22-24-28-5130-00-040 | Metro Corral Partners Inc. | N/A | Regions Bank | Closed |

# Metro Corral Partners LLC

B

| Owner | Address | Tenant | Assessed Value | Lienholder | Status as of Petition Date |
|---|---|---|---|---|---|
| Metro Corral Partners LLC | 3867Highway 138<br>Stockbridge, GA 30281<br><br>Parcel ID: 12072B A015 | N/A | $2,238,500 | Regions Bank | Closed |
| Metro Corral Partners LLC | 1450 SW Browns Bridge Rd.<br>Gainesville, GA 30501<br><br>Parcel ID: 00119C001025A | N/A | $ 2,199,500 | | Open |
| Metro Corral Partners LLC | 4704 Presidential Pkwy<br>Macon, GA 31206<br><br>Parcel ID: L092-0185 | N/A | $1,892,455 | Regions Bank | Closed |
| Metro Corral Partners LLC | 2025 Market Place Blvd.<br>Cumming, GA 30041<br><br>Parcel ID: C28064 | N/A | $ 802,080 | Regions Bank | Closed |
| Metro Corral Partners LLC | 2136 Lawrenceville Hwy<br>Decatur, GA 30033<br><br>Parcel ID: 18 100 02 058 | N/A | $ 1,095,494 | Regions Bank | Closed |
| Holm Real Estate LLC | 1350 NE Highway 138<br>Conyers GA 30013<br><br>Parcel ID: 072001005F | Metro Corral Partners LLC | N/A | Regions Bank | Open |
| Holm Real Estate LLC | 605 Bullsboro Dr.<br>Newnan, GA 30263<br><br>Parcel ID: 086 5053 017 | Metro Corral Partners LLC | N/A | Regions Bank | Closed |
| Holm Real Estate LLC | 6975 Douglas Blvd.<br>Douglasville, GA 30135<br><br>Parcel ID: 01600250103 | Metro Corral Partners LLC | N/A | Regions Bank | Open |

| Owner | Address | Tenant | Assessed Value | Lienholder | Status as of Petition Date |
|---|---|---|---|---|---|
| HRE McDonough LLC | 1755 Jonesboro Rd.<br>McDonough, GA 30253<br><br>Parcel ID: 054-01025002 | Metro Corral Partners LLC | N/A | Regions Bank | Open |
| Holm Real Estate LLC | 2211 Cobb Pkwy S<br>Marietta, GA 30080<br><br>Parcel ID: P91801346 | Metro Corral Partners LLC | N/A | Regions Bank | Closed |
| GC Kennesaw LLC | 700 Ernest Barrett Pkwy<br>Kennesaw, GA 30144<br><br>Parcel ID: 16065000120 | Metro Corral Partners LLC | N/A | | Open |
| Lema Properties LLC &<br>Rceb Realty LLC | 3845 Austell Rd.<br>Austell, GA 30106<br><br>Parcel ID: 19085600550 | Metro Corral Partners LLC | N/A | | Closed |
| Arthur N Rupe Foundation | 8465 Tara Blvd<br>Jonesboro, GA 30236<br><br>Parcel ID: 13242B A020 | Metro Corral Partners LLC | N/A | | Closed |
| GC Property Holdings LLC | 3888 Stone Mountain Hwy<br>Snellville, GA 30339<br><br>Parcel ID: R6053 181 | Metro Corral Partners LLC | N/A | | Closed |
| ZRE Melbourne Corporation | 2155 Riverside Pkwy<br>Lawrenceville, GA 30243<br><br>Parcel ID: R7033 246 | Metro Corral Partners LLC | N/A | | Closed |
| | 3270 Satellite Blvd.<br>Duluth, GA 30096<br><br>Parcel ID: | Metro Corral Partners LLC | N/A | | Closed |
| Milkathy Corp. | 915 North Point Dr.<br>Alpharetta, GA 30022<br><br>Parcel ID: 12 286007970346 | Metro Corral Partners LLC | N/A | | Closed |

| Owner | Address | Tenant | Assessed Value | Lienholder | Status as of Petition Date |
|---|---|---|---|---|---|
| K One Inc. | 4020 Buford Dr.<br>Buford, GA 30518<br><br>Parcel ID: R7229 138 | Metro Corral Partners LLC | N/A | | Closed |
| Ryan Susan Elder | 163 E May St.<br>Winder, GA 30680<br><br>Parcel ID: WN21015 | Metro Corral Partners LLC | N/A | | Closed |

C

# Related Debtors

| Owner | Address | Tenant | Assessed Value | Lienholder | Status as of Petition Date |
|---|---|---|---|---|---|
| Altamonte GC Inc. | 897 West Town Pkwy<br>Altamonte Springs, FL 32714<br><br>Parcel ID: 16-21-29-518-0000-0040 | N/A | $2,325,054 | | Closed |
| MCP of Kissimmee Inc. | 2701 W Vine Street<br>Kissimmee, FL 34741<br><br>Parcel ID: 17-25-29-00U0-0052-0000 | N/A | $ 1,446,090 | Regions Bank | Closed |
| East Colonial LLC | 11731 E Colonial Drive<br>Orlando, FL 32817<br><br>Parcel ID: 22-22-31-5749-00-010 | N/A | $ 3,335,125 | Regions Bank | Closed |
| Clermont GC LLC | 1555 Grand Hwy<br>Clermont, FL 34711<br><br>Parcel ID: 09-22-26-1305-09B-00002 | N/A | $ 1,971,129 | | Closed |
| Orchid Bay Development LLC | 11701 International Drive<br>Orlando, FL 32821<br><br>Parcel ID 13-24-28-6283-00-150 | Metro I Drive LLC | N/A | | Closed |
| Alfonso Arribas Trust | 7702 W Irlo Bronson Mem. Hwy<br>Kissimmee, FL 34747<br><br>Parcel ID: 03-25-27-3925-0001-0015 | Maingate GC Inc. | N/A | | Closed |
| Holm Real Estate LLC | 6077 W Irlo Bronson Mem Hwy<br>Kissimmee, FL 34747<br><br>Parcel ID: 05-25-28-4674-0001-0020 | Celebration GC Ventures, LLC | N/A | Regions Bank | Open |

EXHIBIT "D"

## CORPORATE ORGANIZATIONAL STRUCTURE

Entities are either S corporations ("Inc") or limited liability companies ("LLC")
All entities are 100% ownership, unless otherwise as indicated

