UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

1069 Restaurant Group, LLC,

        Debtor.

_____/

Case No.:  6:20-bk-05582-LVV
Chapter 11

Jointly administered[1]

### UNITED STATES TRUSTEE'S APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN ALL THE JOINTLY ADMINISTERED CASES

Pursuant to 11 U.S.C. Section 1102(a), Nancy J. Gargula, the United States Trustee for Region 21, hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

EPIC OUTDOOR ADVERTISING, INC.
Austin Teeter, Owner
8718 Shimmering Pine Place
Sanford, FL  32771
Tel:  321-801-7287
Email:  Austin.teeter@epicoutdooradvertising.net

UNITED FIRE PROTECTION INC.
Chad Norris, President
3247 Tech Drive
St. Petersburg, FL  33716
Tel:  727-471-0860
Email:  CNorris@united-fire.com

---

[1]  Jointly administered with the following cases: 1069 Restaurant Group, LLC, Case No.: 6:20-bk-05582; Metro Corral Partners, LLC, Case No.: 6:20-bk-05583; Metro Corral Partners, Inc., Case No.: 6:20-bk-05584; Altamonte GC, Inc., Case No.: 6:20-bk-05585; Celebration GC Ventures, LLC, Case No.: 6:20-bk-05586; Clermont GC, LLC, Case No.: 6:20-bk-05587; East Colonial, LLC, Case No.: 6:20-bk-05588; Maingate GC, Inc., Case No.: 6:20-bk-05589; MCP of Kissimmee, Inc., Case No.: 6:20-bk-05593; and Metro I Drive, LLC, Case No.: 6:20-bk-05594.

KELLY'S FOODS, INC.
Timothy Kelly, Chief Financial Officer
650 Carter Road
Winter Garden, FL  34787
Tel:  407-654-0500
Email:  Andy.Kelly@kellysfoods.com

    Additional members may be added to the Committee in the near future.

    DATED:  November 3, 2020.

    Nancy J. Gargula
    United States Trustee, Region 21

    /s/  *Miriam G. Suarez*
    Miriam G. Suarez, Trial Attorney
    Florida Bar No.:  756105
    Office of the United States Trustee
    U.S. Department of Justice
    George C. Young Federal Building
    400 W. Washington Street, Suite 1100
    Orlando, FL 32801
    Telephone No.:  (407) 648-6301, Ext. 126
    Facsimile No.:   (407) 648-6323
    Miriam.G.Suarez@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing United States Trustee's Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been served electronically through CM/ECF on November 3, 2020, to all parties having appeared electronically in the instant matter and by email to the member of the committee at the email addresses as set forth above.  I HEREBY CERTIFY further that a copy hereof shall be served by U.S. Mail, postage prepaid, on November 3, 2020 to the following:

1069 Restaurant Group, LLC
1069 W. Morse Blvd.
Winter Park, FL  32789

    */s/ Miriam G. Suarez*
    Miriam G. Suarez, Trial Attorney