**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **2,325,054.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **635,299.61** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **2,960,353.61** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **18,907.76** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **50,607,764.26** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **50,626,672.02** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Regions Bank** | **Depository Account** | **1422** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — **$0.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Security Deposit(s)** — **$20,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** — **$20,000.00**

Add lines 7 through 8. Copy the total to line 81.



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(If known)* **6:20-bk-05585-LVV**
Name

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **160.55** | - | **0.00** | = .... | **$160.55** |

12. **Total of Part 3.** **$160.55**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture, fixtures, and decor** | **$81,227.16** | **Replacement** | **$81,227.16** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Equipment, sign, and computer equipment** | **$508,586.87** | **Replacement** | **$508,586.87** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(If known)* **6:20-bk-05585-LVV**
Name

43. **Total of Part 7.** **$589,814.03**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Real property located at 897 West Town Pkwy., Altamonte, FL 32714** | **Equitable interest** | **Unknown** | **Tax records** | **$2,325,054.00** |

56. **Total of Part 9.** **$2,325,054.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(If known)* **6:20-bk-05585-LVV**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **Franchise fees** | **$8,654.69** | **Replacement** | **$8,654.69** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | **Gift Certificates** | **$16,670.34** | **Revenue based** | **$16,670.34** |

66. **Total of Part 10.** **$25,325.03**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(If known)* **6:20-bk-05585-LVV**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$20,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$160.55** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$589,814.03** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................................>* | | **$2,325,054.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$25,325.03** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$635,299.61** | **+** 91b. **$2,325,054.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,960,353.61** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Altamonte Springs**<br>**225 Newburyport Avenue**<br>**Altamonte Springs, FL 32701-3697** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notices purposes only.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**5050 W Tennessee St.**<br>**Tallahassee, FL 32399-0125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,907.76** | **$18,907.76** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax.** | | |
| | Last 4 digits of account number **1062**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com 55481 Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| | | | |
|---|---|---|---|
| 2.3 Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notices purposes only.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 Priority creditor's name and mailing address<br>**Orange County Tax Collector**<br>**301 S Robinson Avenue**<br>**Orlando, FL 32801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notices purposes only.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 Priority creditor's name and mailing address<br>**SEMINOLE CO. TAX COLL.**<br>**PO Box 630**<br>**Sanford, FL 32772-0630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notices purposes only.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**A&N Leasing, Inc.**<br>**PO Box 773914**<br>**Ocala, FL 34477**<br>**Date(s) debt was incurred** 2/6/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,313.00** |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**ABC HOME & COMMERCIAL**<br>**823 E COLONIAL DR**<br>**ORLANDO, FL 32803**<br>**Date(s) debt was incurred** 1/23/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,365.00** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.3 | **ADVANCED SECURITY & CO**<br>**P.O. Box 371994**<br>**Pittsburgh, PA 15250-7994**<br>**Date(s) debt was incurred** 1/23/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,575.65** |
| 3.4 | **AIRGAS NATIONAL CARBONATION**<br>**PO BOX 602792**<br>**Charlotte, NC 28260-2792**<br>**Date(s) debt was incurred** 2/29/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,301.48** |
| 3.5 | **ALSCO HOUSE ACCOUNT**<br>**1213 S. DIVISION AVENUE**<br>**ORLANDO, FL 32805**<br>**Date(s) debt was incurred** 1/30/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,166.85** |
| 3.6 | **Ashberry Commercial Water**<br>**2405 EAST FOURTH AVENUE**<br>**TAMPA, FL 33605**<br>**Date(s) debt was incurred** 3/16/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,825.25** |
| 3.7 | **BENNETT UNIFORM MFG., INC.**<br>**4377 FEDERAL DRIVE**<br>**GREENSBORO, NC 27410**<br>**Date(s) debt was incurred** 1/30/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,428.60** |
| 3.8 | **BRINK'S INCORPORATED**<br>**7373 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-7003**<br>**Date(s) debt was incurred** 2/29/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,481.28** |
| 3.9 | **BROWNIE'S SEPTIC & PLUMBING**<br>**4949 N. ORANGE BLOSSOM TRL**<br>**ORLANDO, FL 32810**<br>**Date(s) debt was incurred** 7/31/2018<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,721.12** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| | | | |
|---|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address<br>**CHARLES WINGO SIGNS, INC**<br>**P.O. BOX 1172**<br>**APOPKA, FL 32704-1172**<br>Date(s) debt was incurred **2/14/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,179.52** |
| 3.11 | Nonpriority creditor's name and mailing address<br>**COASTAL EQUIPMENT COMPANY**<br>**130 COASTAL LN**<br>**JACKSONVILLE, NC 28546**<br>Date(s) debt was incurred **2/11/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,710.91** |
| 3.12 | Nonpriority creditor's name and mailing address<br>**Commercial Stainless**<br>**Fabricators, Inc.**<br>**1035 Cobb Industrial Drive**<br>**Marietta, GA 30066**<br>Date(s) debt was incurred **2/1/2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,936.89** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Cool Seal Gaskets, LLC**<br>**PO BOX 160985**<br>**ALTAMONTE SPRINGS, FL 32716**<br>Date(s) debt was incurred **2/20/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,753.26** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**COPESAN SERVICES INC**<br>**PO BOX 8442**<br>**CAROL STREAM, IL 60197-8442**<br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,334.07** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**COZZINI BROS., INC**<br>**350 HOWARD AVE**<br>**DES PLAINES, IL 60018**<br>Date(s) debt was incurred **1/6/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,258.09** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**DISCOVERLINK, INC.**<br>**1525 KAUTZ ROAD, SUITE 700**<br>**WEST CHICAGO, IL 60185**<br>Date(s) debt was incurred **3/15/2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,220.00** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

3.17 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201-1004**
**Date(s) debt was incurred** 8/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**ECOLAB**
**PO BOX 32027**
**NEW YORK, NY 10087-2027**
**Date(s) debt was incurred** 2/1/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,789.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**ECOLAB FOOD SAFETY SPEC**
**24198 NETWORK PLACE**
**CHICAGO, IL 60673-1241**
**Date(s) debt was incurred** 1/31/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,569.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**ECOLAB PEST ELIM DIV**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**
**Date(s) debt was incurred** 7/26/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$258.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**ECOSURE**
**26397 NETWORK PLACE**
**CHICAGO, IL 60673-1263**
**Date(s) debt was incurred** 4/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$737.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**EPIC OUTDOR ADVERTISING**
**8718 SHIMMERING PINE PLACE**
**SANFORD, FL 32771**
**Date(s) debt was incurred** 3/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,705.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Fourlanes LLC**
**C/O COLLETT**
**PO BOX 36799**
**CHARLOTTE, NC 28236-6799**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

**3.24** **Nonpriority creditor's name and mailing address**
**FRANK GAY PLUMBING, INC**
**6206 FOREST CITY RD**
**ORLANDO, FL 32810**
**Date(s) debt was incurred** 2/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$604.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**FRANKLIN MACHINE PRODUCTS**
**PO BOX 74007311**
**CHICAGO, IL 60674-7311**
**Date(s) debt was incurred** 2/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,038.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**FUZE, INC**
**PO BOX 347284**
**PITTSBURG, PA 15251-4284**
**Date(s) debt was incurred** 3/1/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,444.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**GEORGIA AIR & REFRIGERATION**
**50 GRAYSON INDUSTRIAL PKWY**
**GRAYSON, GA 30017**
**Date(s) debt was incurred** 1/23/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,711.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**GOOD GUYS CARPET & RUG**
**3125 GATEWAY DRIVE, SUITE F**
**NORCROSS, GA 30071**
**Date(s) debt was incurred** 2/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,900.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**HARVILL'S PRODUCE**
**8775 S. ORANGE AVE.**
**Orlando, FL 32824**
**Date(s) debt was incurred** 1/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,813.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**HIGHLAND LAKES CENTER, LLC**
**C/O REALTY CAPITAL ADVISORS**
**341 N MAITLAND AVE SUITE 115**
**MAITLAND, FL 32751**
**Date(s) debt was incurred** 3/12/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,922.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**HOODZ OF ORLANDO**<br>**910 BELLE AVE**<br>**STE 1160**<br>**WINTER SPRINGS, FL 32708**<br>**Date(s) debt was incurred** **1/23/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,700.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**HOUSE OF LIGHTS OF SANFORD**<br>**P.O. Box 2809**<br>**Sanford, NC 27330**<br>**Date(s) debt was incurred** **1/28/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,442.10** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**INTRACOASTAL INNOVATIONS**<br>**PO BOX 547**<br>**LAKE PLACID, FL 33862-0547**<br>**Date(s) debt was incurred** **1/21/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,170.82** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**ITECH TOTAL TECH SUPPORT**<br>**2711 Rew Circle**<br>**Ocoee, FL 34761**<br>**Date(s) debt was incurred** **6/15/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,567.36** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**K&R PLUMBING**<br>**3941 CROSLEY AVE**<br>**ST CLOUD, FL 34772**<br>**Date(s) debt was incurred** **2/2/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,414.93** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**KELLY FOODS**<br>**P.O. BOX 770187**<br>**WINTER GARDEN, FL 34777-0187**<br>**Date(s) debt was incurred** **3/2/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$52,074.42** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**MBM**<br>**MBM**<br>**PO BOX 936055**<br>**ATLANTA, GA 31193-6055**<br>**Date(s) debt was incurred** **3/7/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$270,895.16** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.38 | **MORRIS MEDIA NETWORK**<br>**P.O. BOX 936562**<br>**ATLANTA, GA 31193-6562**<br>Date(s) debt was incurred **2/28/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,993.00** |
| 3.39 | **NEX TRAQ**<br>**PO Box 538566**<br>**Atlanta, GA 30353-8566**<br>Date(s) debt was incurred **3/15/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$567.90** |
| 3.40 | **NUCO2, INC**<br>**P.O. BOX 417902**<br>**BOSTON, MA 02241-7902**<br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,735.45** |
| 3.41 | **OCALA LAWN & LANDSCAPE, INC**<br>**2111 SE 52ND ST**<br>**OCALA, FL 34480**<br>Date(s) debt was incurred **2/29/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,540.00** |
| 3.42 | **OURSENIORS.NET MAGAZINE, LLC**<br>**PO BOX 730956**<br>**ORMOND BEACH, FL 32173**<br>Date(s) debt was incurred **3/10/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.43 | **OUTFRONT MEDIA**<br>**635 W MICHIGAN STREET**<br>**ORLANDO, FL 32805**<br>Date(s) debt was incurred **2/20/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,605.58** |
| 3.44 | **RED BOOK SOLUTIONS**<br>**33270 Collection Center Dr**<br>**Chicago, IL 60693-0332**<br>Date(s) debt was incurred **3/5/2020**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,576.79** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

3.45 **Nonpriority creditor's name and mailing address**
**Regions Bank**
**11140 State Bridge Road**
**Alpharetta, GA 30022**
**Date(s) debt was incurred** 9/1/2011
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,700,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**RESTAURANT TECHNOLOGIES, INC**
**12962 Collections Center Dr**
**Chicago, IL 60693**
**Date(s) debt was incurred** 2/25/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,558.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**STAPLES**
**DEPT ATL**
**P.O. BOX 405386**
**ATLANTA, GA 30384-5386**
**Date(s) debt was incurred** 2/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,420.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
**STATE OF FL DISBURSEMENT**
**P.O. BOX 8500**
**TALLAHASSEE, FL 32314-8500**
**Date(s) debt was incurred** 6/2/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$666.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Child Support Payment Processing Services
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**T & A GARDENING**
**1118 CABALLERO RD**
**OCOEE, FL 34761**
**Date(s) debt was incurred** 3/5/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**TAYLOR SOFT SERVE REFRIG.**
**105 CANDACE DRIVE**
**UNIT 117**
**MAITLAND, FL 32751**
**Date(s) debt was incurred** 2/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$813.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**TRANSFORM CARPET INC**
**9228 HALSEY DR**
**GROVELAND, FL 34736**
**Date(s) debt was incurred** 12/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

3.52 **Nonpriority creditor's name and mailing address**
**UMI, INC**
**1081 OHIO DRIVE**
**PLANO, TX 75093**
**Date(s) debt was incurred** 2/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$574.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
**VSC FIRE AND SECURITY, INC.**
**10343-B KINGS ACRES ROAD**
**ASHLAND, VA 23005**
**Date(s) debt was incurred** 2/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,454.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**
**VYNAWOOD**
**1695 KINGSTON RD**
**LONGWOOD, FL 32750**
**Date(s) debt was incurred** 2/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,016.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
**WASTE CONNECTIONS OF FLORIDA**
**PO BOX 535233**
**PITTSBURGH, PA 15253-5233**
**Date(s) debt was incurred** 3/26/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,159.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT ORLANDO**
**WM CORPORATE SERVICES, INC**
**PO BOX 4648**
**CAROL STREAM, IL 60197-4648**
**Date(s) debt was incurred** 4/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,013.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**WASTE PRO OF FLORIDA INC**
**112 - WASTE PRO - Daytona**
**PO BOX 865215**
**Orlando, FL 32886-5215**
**Date(s) debt was incurred** 4/30/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$199.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**WHALEY FOODSERVICE**
**P.O. Box 615**
**Lexington, SC 29071**
**Date(s) debt was incurred** 3/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.00 |
|---|---|---|---|
| | **WILMAN CARPET CLEANING INC**<br>**1716 ELMSTEAD COURT**<br>**ORLANDO, FL 32824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/26/2020** | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Morris Manning & Martin LLP**<br>**Attn Frederick Boyd III, Esq**<br>**1600 Atlanta Financial Cente**<br>**3343 Peachtree Rd, NE**<br>**Atlanta, GA 30326** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **18,907.76** |
| **5b. Total claims from Part 2** | 5b. | + | $ **50,607,764.26** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **50,626,672.02** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **1069 Restaurant Group, LLC** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Regions Bank** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.2 | **Celebration GC Ventures, LLC** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Regions Bank** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.3 | **Clermont GC, LLC** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Regions Bank** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.4 | **East Colonial, LLC** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Regions Bank** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.5 | **Maingate GC, Inc.** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Regions Bank** | ☐ D<br>■ E/F **3.45**<br>☐ G |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(if known)* **6:20-bk-05585-LVV**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **MCP of Kissimmee, Inc.** | **1069 W. Morse Blvd. Winter Park, FL 32789** | **Regions Bank** | ☐ D ___<br>■ E/F **3.45**<br>☐ G ___ |
| 2.7 | **Metro Corral Partners, Inc.** | **1069 W. Morse Blvd. Winter Park, FL 32789** | **Regions Bank** | ☐ D ___<br>■ E/F **3.45**<br>☐ G ___ |
| 2.8 | **Metro Corral Partners, LLC** | **1069 W. Morse Blvd. Winter Park, FL 32789** | **Regions Bank** | ☐ D ___<br>■ E/F **3.45**<br>☐ G ___ |
| 2.9 | **Metro I Drive, LLC** | **1069 W. Morse Blvd. Winter Park, FL 32789** | **Regions Bank** | ☐ D ___<br>■ E/F **3.45**<br>☐ G ___ |
| 2.10 | **Universal Corral, LLC** | **1069 W. Morse Blvd. Winter Park, FL 32789** | **Regions Bank** | ☐ D ___<br>■ E/F **3.45**<br>☐ G ___ |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Altamonte G.C. Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05585-LVV**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$734,165.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$3,315,644.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$3,358,398.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(if known)* **6:20-bk-05585-LVV**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801** | **Payment for prepetition fees and costs for preparation of the voluntary petition under Chapter 11 including the filing fee for the Debtor.** | **10/05/2020** | **$96,641.60** |

Email or website address
**rshuker@shukerdorris.com**

Who made the payment, if not debtor?
**1069 Restaurant Group, LLC**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801** | **Advance retainer for post-petition fees and costs.** | **10/05/2020** | **$239,298.40** |

Email or website address
**rshuker@shukerdorris.com**

Who made the payment, if not debtor?
**1069 Restaurant Group, LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number (if known) **6:20-bk-05585-LVV**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(if known)* **6:20-bk-05585-LVV**

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Erich Booth, CFO**<br>**1069 W. Morse Blvd.**<br>**Winter Park, FL 32789** | **10/2018 to Present** |
| 26a.2. | **Elizabeth Li, Controller**<br>**1069 W. Morse Blvd.**<br>**Winter Park, FL 32789** | **10/2018 to Present** |
| 26a.3. | **Kris Tirado, Staff Accountant**<br>**1069 W. Morse Blvd.**<br>**Winter Park, FL 32789** | **10/2018 to Present** |
| 26a.4. | **Edwin Velazquez Cruz, Acct Mgr.**<br>**1069 W. Morse Blvd.**<br>**Winter Park, FL 32789** | **10/2018 to Present** |
| 26a.5. | **Jeff Stack, CPA**<br>**1100 South Tower**<br>**225 Peachtree St., N.E.**<br>**Atlanta, GA 30303** | **10/2018 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Rödl Langford de Kock LP**<br>**1100 South Tower**<br>**225 Peachtree St., N.E.**<br>**Atlanta, GA 30303** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Altamonte G.C. Inc.** Case number *(if known)* **6:20-bk-05585-LVV**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eric A. Holm** | **1069 W. Morse Blvd.<br>Winter Park, FL 32789** | **Sole Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **1069 Restaurant Group, LLC** | **EIN: 20-4002972** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2020

Signature of individual signing on behalf of the debtor

**Eric A. Holm**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy