**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-05582-LVV** |
| **1069 RESTAURANT GROUP, LLC,** *et al.* | **CHAPTER 11** |
| | **Jointly Administered**[1] |
| Debtor.                              / | |

**AMENDMENT TO DEBTORS' STATEMENT OF FINANCIAL**
**AFFAIRS AND AMENDED SUMMARY OF SCHEDULES**

**1069 RESTAURANT GROUP, LLC** (the "Debtor"), a Florida limited liability company, and nine (9) of its affiliates or subsidiaries, which are jointly-administered debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors"), by and through its undersigned counsel, files this Amendment to Debtors' Statement of Financial Affairs and Amended Summary of Schedules, filed with the Court on November 4, 2020 (Doc. Nos. 59, 60, 61, 62, 63, 64, 65, 66, 67, and 68 respectively), and states as follows:

1.　　Statement of Financial Affairs – Payments related to bankruptcy (Part 6) (No. 11) should be amended to correct the following payments made to Shuker & Dorris, P.A.:

| Date: | Payment Description: | Payment made by: | Amount: |
|---|---|---|---|
| 10/05/2020 | Payment for prepetition fees and costs for preparation of the voluntary petition under Chapter 11 including the filing fee for the Debtor. | Metro Corral Partners, LLC | $96,641.60 |
| 10/05/2020 | Advance retainer for post-petition fees and costs. | Metro Corral Partners, LLC | $239,298.40 |

2.　　The Amended Summary of Schedules is attached hereto as **Exhibit "A"**.

---

[1] Jointly administered with the following cases:  1069 Restaurant Group, LLC, Case No.: 6:20-bk-05582; Metro Corral Partners, LLC, Case No.:6-20-bk-05583; Metro Corral Partners, Inc., Case No.: 6:20-bk-05584; Altamonte GC, Inc., Case No.: 6:20-bk-05585; Celebration GC Ventures, LLC, Case No.: 6-20-bk-05586; Clermont GC, LLC, Case No.: 6:20-bk-05587; East Colonial, LLC, Case No.: 6:20-bk-05588; Maingate GC, Inc., Case No.: 6:20-bk-05589; MCP of Kissimmee, Inc., Case No.: 6-20-bk-05593; and Metro I Drive, LLC, Case No.: 6:20-bk-05594.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**RESPECTFULLY SUBMITTED** this \_\_\_ day of November 2020.

_____
Eric A. Holm, Manager

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**1069 RESTAURANT GROUP, LLC,** *et al.*

**Debtor.**                                    /

**CASE NO.: 6:20-bk-05582-LVV**

**CHAPTER 11**

**Jointly Administered**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing **AMENDMENTS TO DEBTORS' STATEMENT OF FINANCIAL AFFAIRS AND AMENDED SUMMARY OF SCHEDULES** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **DEBTORS**, c/o Eric Holm, 1069 West Morse Blvd., Winter Park, FL 32789; **REGIONS BANK**, c/o Brad Saxton, Esq., Winderweedle Haines Ward & Woodman P A, PO Box 880, Winter Park, FL 32790-0880 (bsaxton@whww.com); Creditors Committee Members, **EPIC OUTDOOR ADVERTISING, INC.**, Attn: Austin Teeter, Owner, 8718 Shimmering Pine Place, Sanford, FL 32771 (austin.teeter@epicoutdooradvertising.net); **UNITED FIRE PROTECTION INC.**, Attn: Chad Norris, President, 3247 Tech Drive, St. Petersburg, FL 33716 (CNorris@united-fire.com); **KELLY'S FOODS, INC.**, Attn: Timothy Kelly, CFO, 650 Carter Road, Winter Garden, FL 34787 (Andy.Kelly@kellysfoods.com); the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original of this amendment filed with the Court, all parties who receive notice via CM/ECF in the ordinary course; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, this 11th day of November 2020.

Any new creditors or additional parties have been served a copy of the amendment, and, as applicable, the Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines.

                                                      /s/ R. Scott Shuker

                                                      R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-05582-LVV<br>Middle District of Florida<br>Orlando<br>Wed Nov 11 13:54:14 EST 2020 | 1069 Restaurant Group, LLC<br>1069 W. Morse Blvd.<br>Winter Park, FL 32789-3780 | AIRGAS NATIONAL CARBONATION<br>P.O. BOX 734673<br>DALLAS, TX 75373-4673 |
| BRINK'S INCORPORATED<br>7373 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7003 | BRINKS INCORPORATED<br>7373 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7003 | BROWNIE'S SEPTIC & PLUMBING<br>4949 N. ORANGE BLOSSOM TRL<br>ORLANDO, FL 32810-1002 |
| CHARLES WINGO SIGNS, INC<br>P.O. BOX 1172<br>APOPKA, FL 32704-1172 | CINTAS CORP - DECATUR<br>P.O. BOX 630910<br>CINCINNATI, OH 45263-0910 | COASTAL EQUIPMENT COMPANY<br>130 COASTAL LANE<br>JACKSONVILLE, NC 28546-6761 |
| COBB COUNTY BUSINESS<br>PO BOX 649<br>MARIETTA, GA 30061-0649 | COPESAN SERVICES INC<br>PO BOX 8442<br>CAROL STREAM, IL 60197-8442 | ECOLAB PEST ELIMINATION DIV<br>26252 NETWORK PLACE<br>CHICAGO, IL 60673-1262 |
| EPIC OUTDOOR ADVERTISING<br>8718 SHIMMERING PINE PLACE<br>SANFORD, FL 32771-8127 | EPIC OUTDOR ADVERTISING<br>8718 SHIMMERING PINE PLACE<br>SANFORD, FL 32771-8127 | Ecolab<br>PO BOX 32027<br>NEW YORK, NY 10087-2027 |
| Epic Outdoor Advertising, Inc.<br>c/o Andrew S. Ballentine<br>332 N. Magnolia Avenue<br>Orlando, FL 32801-1609 | Fourlanes LLC<br>C/O COLLETT<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 | GA AIR AND REFRIGERATION<br>50 GRAYSON INDUSTRIAL PKWY<br>GRAYSON, GA 30017-1811 |
| GC Kennesaw, LLC<br>3542 Ballina Canyon Rd<br>Encino, CA 91436-4108 | GC Kennesaw, LLC<br>c/o Steven M. Berman, Esq.<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602-5150 | GEORGIA AIR & REFRIGERATION<br>50 GRAYSON INDUSTRIAL PKWY<br>GRAYSON, GA 30017-1811 |
| GOOD GUYS CARPET & RUG<br>3125 GATEWAY DRIVE, SUITE F<br>NORCROSS, GA 30071-1126 | GOOD GUYS CARPET CLEANING<br>3125 Gateway Drive Suite F<br>Norcross, GA 30071-1126 | GRAYSTONE BUILDING<br>1872 PLEASANT HILL ROAD<br>CARROLLTON, GA 30116-8559 |
| Golden Corral Franchising Systems, Inc.<br>c/o John A. Northen<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Golden Corral Franchising Systems, Inc.<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | Gwinnett Prado, LP<br>c/o Wiles and Wiles, LLP<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Ga. 30060-7946 |
| HARVILL'S PRODUCE<br>8775 S. ORANGE AVE.<br>Orlando, FL 32824-7902 | HIGHLAND LAKES CENTER, LLC<br>C/O REALTY CAPITAL ADVISORS, LLC<br>341 N MAITLAND AVE SUITE 115<br>MAITLAND, FL 32751-4782 | HOODZ OF ORLANDO<br>910 BELLE AVE<br>STE 1160<br>WINTER SPRINGS, FL 32708-1909 |

```
ITECH  TOTAL TECH SUPPORT           K-One, Inc.                          KELLY FOODS
2711 Rew Circle                     1672 Angelica Ct.                    P.O. BOX 770187
Ocoee, FL 34761-2991                Lawrenceville, GA 30043-7142         WINTER GARDEN, FL 34777-0187


KELLY'S FOODS ATLANTA               Kelly's Foods, Inc.                  MBM
4630 LAKE MIRROR PLACE              c/o Justin M. Luna, Esq.             MBM
FOREST PARK, GA 30297-1609          111 N. Magnolia Ave., Ste. 1400      PO BOX 936055
                                    Orlando, FL 32801-2367               ATLANTA, GA 31193-6055


MBM CORPORATION                     METROAIR & REFRIDGERATION            Milkathy Corp.
PO BOX 936055                       2391 SPIRES DRIVE                    3617 Newark St. NW
ATLANTA, GA 31193-6055              MACON, GA 31216-5803                 Washington, DC 20016-3179


Milkathy Corp.                      NET HOLDINGS II                      NUCO2, INC
c/o Betsy C. Cox                    WHEELER/KOLB MGMT CO                 P.O. BOX 417902
Rogers Towers, P.A.                 P.O. BOX 427                         BOSTON, MA 02241-7902
1301 Riverplace Blvd., Suite 1500   EMERSON, NJ 07630-0427
Jacksonville, FL 32207-9020


OUTFRONT MEDIA                      PHOENIX WHOLESALE FOOD               RESTAURANT TECHNOLOGIES
635 W MICHIGAN STREET               P.O. BOX 707                         12962 Collections Center Dr
ORLANDO, FL 32805-6203              FOREST PARK, GA 30298-0707           CHICAGO, IL 60693-0129


Regions Bank                        Regions Bank                         Regions Bank
11140 State Bridge Road             c/o Bradley M. Saxton, Esq.          c/o Ronald B. Cohn, Esq.
Alpharetta, GA 30022-6009           Winderweedle, Haines, Ward & Woodman, P.   Burr & Forman LLP
                                    PO Box 880                           201 North Franklin Street
                                    Winter Park, FL  32790-0880          Suite 3200
                                                                         Tampa, Florida 33602-5872


Regions Bank, as Administrative Agent   Regions Bank, as Administrative Agent   Rudy Arribas, Trustee of the Alfonso Arribas
c/o Lauren M. Reynolds              c/o Ryan E. Davis                    c/o Nardella & Nardella
PO Box 880                          PO Box 880                           135 W. Central Blvd., Suite 300
Winter Park, FL 32790-0880          Winter Park, FL 32790-0880           Orlando FL 32801-2435


SITE Centers Corp.                  UNITED FIRE PROTECTION, INC          United Fire Protection, Inc.
c/o Eric C. Cotton Esq.,            3247 TECH DRIVE N                    c/o David J Tong, Esq
3300 Enterprise Pkwy.,              ST PETERBURG, FL 33716-1008          201 E Kennedy Blvd, Ste 600
Beachwood, OH 44122-7200                                                 Tampa, FL 33602-5819


WASTE MANAGEMENT ORLANDO            WATER SOLUTIONS                      ZRE Melbourne Corporation
WM CORPORATE SERVICES, INC          P.O.BOX 721                          700 American Ave., Ste 200
PO BOX 4648                         LEBANON, GA 30146-0721               King of Prussia, PA 19406-4031
CAROL STREAM, IL 60197-4648


ZRE Melbourne Corporation           Ryan E Davis +                       Mariane L Dorris +
c/o Betsy C. Cox                    Winderweedle Haines Ward & Woodman P.A.   Shuker & Dorris, P.A.
Rogers Towers, P.A.                 329 Park Avenue North, Second Floor  121 South Orange Avenue, Suite 1120
1301 Riverplace Blvd., Suite 1500   Winter Park, FL 32789-7421           Orlando, FL 32801-3238
Jacksonville, FL 32207-9020
```

| | | |
|---|---|---|
| Bradley M Saxton + <br> Winderweedle, Haines, Ward & Woodman, PA <br> 329 Park Avenue North, Second Floor <br> Winter Park, FL 32789-7421 | R Scott Shuker + <br> Shuker & Dorris, P.A. <br> 121 South Orange Avenue <br> Orlando, FL 32801-3221 | Michael A Tessitore + <br> Moran Kidd Lyons Johnson Garcia, P.A. <br> 111 N. Orange Avenue, Suite 900 <br> Orlando, FL 32801-2307 |
| Betsy C Cox + <br> Rogers Towers <br> 1301 Riverplace Boulevard <br> Suite 1500 <br> Jacksonville, FL 32207-1811 | Steven M Berman + <br> Shumaker, Loop & Kendrick, LLP <br> 101 E. Kennedy Blvd., Suite 2800 <br> Tampa, FL 33602-5153 | Ronald B Cohn + <br> Burr & Forman LLP <br> 201 North Franklin Street <br> Suite 3200 <br> Tampa, FL 33602-5872 |
| United States Trustee - ORL + <br> Office of the United States Trustee <br> George C Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Miriam G Suarez + <br> Office of the United States Trustee <br> George C. Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Justin M Luna + <br> Latham, Luna, Eden & Beaudine, LLP <br> Post Office Box 3353 <br> 111 N. Magnolia Avenue, Suite 1400 <br> Orlando, FL 32801-2367 |
| Roman V Hammes + <br> Nardella & Nardella, PLLC <br> 135 West Central Boulevard, Suite 300 <br> Orlando, FL 32801-2435 | Bradley J Anderson + <br> Zimmerman Kiser & Sutcliffe, P.A. <br> Post Office Box 3000 <br> Orlando, FL 32802-3000 | Andrew S Ballentine + <br> de Beaubien, Simmons, Knight, et. al. <br> 332 North Magnolia Street <br> Orlando, FL 32801-1609 |
| Lauren M Reynolds + <br> Winderweedle Haines Ward and Woodman PA <br> 329 North Park Avenue <br> Winter Park, FL 32789-7421 | Bryan E Buenaventura + <br> U.S. Trustee Office - Region 21 <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | John A Northen + <br> Northen Blue, LLP <br> Post Office Box 2208 <br> Chapel Hill, NC 27515-2208 |
| Dov Y Frankel + <br> Taft, Stettinius & Hollister LLP <br> 200 Public Square <br> Cleveland, OH 44114-2317 | Note: Entries with a '+' at the end of the <br> name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)COASTAL EQUIPMENT COMPANY <br> 130 COASTAL LN <br> JACKSONVILLE, NC 28546-6761 | (d)RESTAURANT TECHNOLOGIES, INC <br> 12962 Collections Center Dr <br> Chicago, IL 60693-0129 | End of Label Matrix <br> Mailable recipients    76 <br> Bypassed recipients     2 <br> Total                  78 |

**Exhibit "A"**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1069 Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:20-bk-05582-LVV |

■ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **9,329,767.61**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **9,329,767.61**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **49,700,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **9,391,000.00**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ **59,091,000.00**