**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**1069 RESTAURANT GROUP, LLC,**

**Debtor.** /

**CASE NO.: 6:20-bk-05582-LVV**
**CHAPTER 11**
**Jointly Administered**[1]

**In re:**

**METRO CORRAL PARTNERS, LLC,**

**Applicable Debtor.** /

**CASE NO.: 6:20-bk-05583-LVV**

**AMENDMENT TO DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS AND AMENDED SUMMARY OF SCHEDULES**

**METRO CORRAL PARTNERS, LLC** (the "Debtor"), by and through its undersigned counsel, files this Amendment to Debtor's Statement of Financial Affairs and Amended Summary of Schedules, filed with the Court on November 4, 2020 (Doc. No. 61), and states as follows:

1. Statement of Financial Affairs – Certain payments or transfers to creditors within 90 days before filing this case (Part 2) (No. 3) should be amended to include the following payments made to Holm Improvement, Inc.:

| **Date** | **Reason for Payment** | **Amount** |
|---|---|---|
| 8/17/2020 | Management Fee 08-19 Week | $30,000.00 |
| 8/26/2020 | Management Fee 08-26 Week | $30,000.00 |
| 8/26/2020 | Management Fee 09-02 Week | $30,000.00 |
| 9/09/2020 | Management Fee 09-09 Week | $30,000.00 |
| 9/16/2020 | Management Fee 09-16 Week | $30,000.00 |
| 9/25/2020 | Management Fee 09-23 Week | $30,000.00 |
| 10/1/2020 | Management Fee 09-30 Week | $30,000.00 |

2. The Amended Summary of Schedules is attached hereto as **Exhibit "A"**.

1 Jointly administrated with the following cases: 1069 Restaurant Group, LLC, Case No.: 6:20-bk-05582; Metro Corral Partners, LLC, Case No.:6-20-bk-05583; Metro Corral Partners, Inc., Case No.: 6:20-bk-05584; Altamonte GC, Inc., Case No.: 6:20-bk-05585; Celebration GC Ventures, LLC, Case No.: 6-20-bk-05586; Clermont GC, LLC, Case No.: 6:20-bk-05587; East Colonial, LLC, Case No.: 6:20-bk-05588; Maingate GC, Inc., Case No.: 6:20-bk-05589; MCP of Kissimmee, Inc., Case No.: 6-20-bk-05593; and Metro I Drive, LLC, Case No.: 6:20-bk-05594.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**RESPECTFULLY SUBMITTED** this 11 day of November 2020.

_______________________________
Eric A. Holm, Manager

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**1069 RESTAURANT GROUP, LLC,**

**Debtor.** /

**CASE NO.: 6:20-bk-05582-LVV**

**CHAPTER 11**

**Jointly Administered**

**In re:**

**METRO CORRAL PARTNERS, LLC,**

**Applicable Debtor.**

/

**CASE NO.: 6:20-bk-05583-LVV**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing **AMENDMENTS TO DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS AND AMENDED SUMMARY OF SCHEDULES** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **DEBTORS**, c/o Eric Holm, 1069 West Morse Blvd., Winter Park, FL 32789; **REGIONS BANK**, c/o Brad Saxton, Esq., Winderweedle Haines Ward & Woodman P A, PO Box 880, Winter Park, FL 32790-0880 (bsaxton@whww.com); Creditors Committee Members, **EPIC OUTDOOR ADVERTISING, INC.**, Attn: Austin Teeter, Owner, 8718 Shimmering Pine Place, Sanford, FL 32771 (austin.teeter@epicoutdooradvertising.net); **UNITED FIRE PROTECTION INC.**, Attn: Chad Norris, President, 3247 Tech Drive, St. Petersburg, FL 33716 (CNorris@united-fire.com); **KELLY'S FOODS, INC.**, Attn: Timothy Kelly, CFO, 650 Carter Road, Winter Garden, FL 34787 (Andy.Kelly@kellysfoods.com); the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original of this amendment filed with the Court, all parties who receive notice via CM/ECF in the ordinary course; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, this 11th day of November 2020.

Any new creditors or additional parties have been served a copy of the amendment, and, as applicable, the Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:20-bk-05582-LVV
Middle District of Florida
Orlando
Wed Nov 11 13:54:14 EST 2020

1069 Restaurant Group, LLC
1069 W. Morse Blvd.
Winter Park, FL 32789-3780

AIRGAS NATIONAL CARBONATION
P.O. BOX 734673
DALLAS, TX 75373-4673

BRINK'S INCORPORATED
7373 SOLUTIONS CENTER
CHICAGO, IL 60677-7003

BRINKS INCORPORATED
7373 SOLUTIONS CENTER
CHICAGO, IL 60677-7003

BROWNIE'S SEPTIC & PLUMBING
4949 N. ORANGE BLOSSOM TRL
ORLANDO, FL 32810-1002

CHARLES WINGO SIGNS, INC
P.O. BOX 1172
APOPKA, FL 32704-1172

CINTAS CORP - DECATUR
P.O. BOX 630910
CINCINNATI, OH 45263-0910

COASTAL EQUIPMENT COMPANY
130 COASTAL LANE
JACKSONVILLE, NC 28546-6761

COBB COUNTY BUSINESS
PO BOX 649
MARIETTA, GA 30061-0649

COPESAN SERVICES INC
PO BOX 8442
CAROL STREAM, IL 60197-8442

ECOLAB PEST ELIMINATION DIV
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

EPIC OUTDOOR ADVERTISING
8718 SHIMMERING PINE PLACE
SANFORD, FL 32771-8127

EPIC OUTDOR ADVERTISING
8718 SHIMMERING PINE PLACE
SANFORD, FL 32771-8127

Ecolab
PO BOX 32027
NEW YORK, NY 10087-2027

Epic Outdoor Advertising, Inc.
c/o Andrew S. Ballentine
332 N. Magnolia Avenue
Orlando, FL 32801-1609

Fourlanes LLC
C/O COLLETT
PO BOX 36799
CHARLOTTE, NC 28236-6799

GA AIR AND REFRIGERATION
50 GRAYSON INDUSTRIAL PKWY
GRAYSON, GA 30017-1811

GC Kennesaw, LLC
3542 Ballina Canyon Rd
Encino, CA 91436-4108

GC Kennesaw, LLC
c/o Steven M. Berman, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602-5150

GEORGIA AIR & REFRIGERATION
50 GRAYSON INDUSTRIAL PKWY
GRAYSON, GA 30017-1811

GOOD GUYS CARPET & RUG
3125 GATEWAY DRIVE, SUITE F
NORCROSS, GA 30071-1126

GOOD GUYS CARPET CLEANING
3125 Gateway Drive Suite F
Norcross, GA 30071-1126

GRAYSTONE BUILDING
1872 PLEASANT HILL ROAD
CARROLLTON, GA 30116-8559

Golden Corral Franchising Systems, Inc.
c/o John A. Northen
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517-8834

Golden Corral Franchising Systems, Inc.
c/o Michael A. Tessitore, Esq.
Moran Kidd Lyons Johnson Garcia, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Gwinnett Prado, LP
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue
Suite 400
Marietta, Ga. 30060-7946

HARVILL'S PRODUCE
8775 S. ORANGE AVE.
Orlando, FL 32824-7902

HIGHLAND LAKES CENTER, LLC
C/O REALTY CAPITAL ADVISORS, LLC
341 N MAITLAND AVE SUITE 115
MAITLAND, FL 32751-4782

HOODZ OF ORLANDO
910 BELLE AVE
STE 1160
WINTER SPRINGS, FL 32708-1909

ITECH TOTAL TECH SUPPORT
2711 Rew Circle
Ocoee, FL 34761-2991

K-One, Inc.
1672 Angelica Ct.
Lawrenceville, GA 30043-7142

KELLY FOODS
P.O. BOX 770187
WINTER GARDEN, FL 34777-0187

KELLY'S FOODS ATLANTA
4630 LAKE MIRROR PLACE
FOREST PARK, GA 30297-1609

Kelly's Foods, Inc.
c/o Justin M. Luna, Esq.
111 N. Magnolia Ave., Ste. 1400
Orlando, FL 32801-2367

MBM
MBM
PO BOX 936055
ATLANTA, GA 31193-6055

MBM CORPORATION
PO BOX 936055
ATLANTA, GA 31193-6055

METROAIR & REFRIDGERATION
2391 SPIRES DRIVE
MACON, GA 31216-5803

Milkathy Corp.
3617 Newark St. NW
Washington, DC 20016-3179

Milkathy Corp.
c/o Betsy C. Cox
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-9020

NET HOLDINGS II
WHEELER/KOLB MGMT CO
P.O. BOX 427
EMERSON, NJ 07630-0427

NUCO2, INC
P.O. BOX 417902
BOSTON, MA 02241-7902

OUTFRONT MEDIA
635 W MICHIGAN STREET
ORLANDO, FL 32805-6203

PHOENIX WHOLESALE FOOD
P.O. BOX 707
FOREST PARK, GA 30298-0707

RESTAURANT TECHNOLOGIES
12962 Collections Center Dr
CHICAGO, IL 60693-0129

Regions Bank
11140 State Bridge Road
Alpharetta, GA 30022-6009

Regions Bank
c/o Bradley M. Saxton, Esq.
Winderweedle, Haines, Ward & Woodman, P.
PO Box 880
Winter Park, FL 32790-0880

Regions Bank
c/o Ronald B. Cohn, Esq.
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, Florida 33602-5872

Regions Bank, as Administrative Agent
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Regions Bank, as Administrative Agent
c/o Ryan E. Davis
PO Box 880
Winter Park, FL 32790-0880

Rudy Arribas, Trustee of the Alfonso Arribas
c/o Nardella & Nardella
135 W. Central Blvd., Suite 300
Orlando FL 32801-2435

SITE Centers Corp.
c/o Eric C. Cotton Esq.,
3300 Enterprise Pkwy.,
Beachwood, OH 44122-7200

UNITED FIRE PROTECTION, INC
3247 TECH DRIVE N
ST PETERBURG, FL 33716-1008

United Fire Protection, Inc.
c/o David J Tong, Esq
201 E Kennedy Blvd, Ste 600
Tampa, FL 33602-5819

WASTE MANAGEMENT ORLANDO
WM CORPORATE SERVICES, INC
PO BOX 4648
CAROL STREAM, IL 60197-4648

WATER SOLUTIONS
P.O.BOX 721
LEBANON, GA 30146-0721

ZRE Melbourne Corporation
700 American Ave., Ste 200
King of Prussia, PA 19406-4031

ZRE Melbourne Corporation
c/o Betsy C. Cox
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-9020

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Mariane L Dorris +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

Bradley M Saxton +
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue
Orlando, FL 32801-3221

Michael A Tessitore +
Moran Kidd Lyons Johnson Garcia, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Betsy C Cox +
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207-1811

Steven M Berman +
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

Ronald B Cohn +
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, FL 33602-5872

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Miriam G Suarez +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Justin M Luna +
Latham, Luna, Eden & Beaudine, LLP
Post Office Box 3353
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801-2367

Roman V Hammes +
Nardella & Nardella, PLLC
135 West Central Boulevard, Suite 300
Orlando, FL 32801-2435

Bradley J Anderson +
Zimmerman Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000

Andrew S Ballentine +
de Beaubien, Simmons, Knight, et. al.
332 North Magnolia Street
Orlando, FL 32801-1609

Lauren M Reynolds +
Winderweedle Haines Ward and Woodman PA
329 North Park Avenue
Winter Park, FL 32789-7421

Bryan E Buenaventura +
U.S. Trustee Office - Region 21
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

John A Northen +
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208

Dov Y Frankel +
Taft, Stettinius & Hollister LLP
200 Public Square
Cleveland, OH 44114-2317

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)COASTAL EQUIPMENT COMPANY
130 COASTAL LN
JACKSONVILLE, NC 28546-6761

(d)RESTAURANT TECHNOLOGIES, INC
12962 Collections Center Dr
Chicago, IL 60693-0129

End of Label Matrix
Mailable recipients 76
Bypassed recipients 2
Total 78

Exhibit "A"

**Fill in this information to identify the case:**

Debtor name **Metro Corral Partners, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-05583-LVV**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*.... | $ | **11,074,391.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.... | $ | **15,625,959.09** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.... | $ | **26,700,350.09** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.... | $ | **49,700,000.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.... | $ | **741,505.34** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.... | +$ | **1,335,607.32** |
| 4. **Total liabilities** .... Lines 2 + 3a + 3b | $ | **51,777,112.66** |


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy