UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | |
| Metro Corral Partners, Inc. | } | 6:20-bk-05584-LVV |
| | } | |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM __October 6, 2020_____ TO ___October 21, 2020_______

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

1/5/2020
Date

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

1069 W. Morse Blvd.
Winter Park, FL 32789

Attorney's Address
and Phone Number:

Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
(407) 337-2060

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQ)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING October 6, 2020 AND ENDING October 21, 2020

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV
Date of Petition: October 5, 2020

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | **$3,504,802.18** | **(a)** | **$3,504,802.18** | **(b)** |
| **2. RECEIPTS:** | | | | | |
| A. Cash Sales | | - | | - | |
| Minus: Cash Refunds | | - | | - | |
| Net Cash Sales | | - | | - | |
| B. Accounts Receivable | | - | | - | |
| C. Other Receipts (*See MOR-3*) | | 9,844.00 | | 9,844.00 | |
| (If you receive rental income, you must attach a rent roll.) | | | | | |
| **3. TOTAL RECEIPTS (*Lines 2A+2B+2C*)** | ***Note 1*** | **$ 9,844.00** | | **$ 9,844.00** | |
| PLUS: TRANSFERS FROM RELATED STORES | | **$ 215,530.83** | | **$ 215,530.83** | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*)** | | **$ 3,730,177.01** | | **$ 3,730,177.01** | |
| **5. DISBURSEMENTS** | | | | | |
| A. Advertising | | 6,160.00 | | 6,160.00 | |
| B. Bank Charges | | 2,965.12 | | 2,965.12 | |
| C. Contract Labor | | - | | - | |
| D. Fixed Asset Payments (not incl. in "N") | | - | | - | |
| E. Insurance | | 1,458.23 | | 1,458.23 | |
| F. Inventory Payments (*See Attach. 2*) | | 149,056.06 | | 149,056.06 | |
| G. Leases | | - | | - | |
| H. Restaurant Supplies | | 9,365.79 | | 9,365.79 | |
| I. Office Supplies | | 83.26 | | 83.26 | |
| J. Payroll - Net (*See Attachment 5A*) | | 102,012.76 | | 102,012.76 | |
| K. Professional Fees (Accounting & Legal) | | 3,364.47 | | 3,364.47 | |
| L. Rent | | 11,374.38 | | 11,374.38 | |
| M. Repairs & Maintenance | | 61,112.56 | | 61,112.56 | |
| N. Secured Creditor Payments (*See Attach. 2*) | | - | | - | |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | | 31,453.90 | | 31,453.90 | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | | 11,894.69 | | 11,894.69 | |
| Q. Taxes Paid - Other (*See Attachment 4C*) | | - | | - | |
| R. Telephone and Internet | | 6,116.97 | | 6,116.97 | |
| S. Travel & Entertainment | | - | | - | |
| T. U.S. Trustee Quarterly Fees | | - | | - | |
| U. Utilities | | 45,189.65 | | 45,189.65 | |
| V. Vehicle Expenses | | - | | - | |
| W. Other Operating Expenses (*See MOR-3*) | | 5,135.95 | | 5,135.95 | |
| **6. TOTAL OPERATING DISBURSEMENTS (*Sum of 5A thru W*** | | **$ 446,743.79** | | **$ 446,743.79** | |
| LESS: TRANSFERS TO RELATED STORES | | **$ 10,000.00** | | **$ 10,000.00** | |
| **7. ENDING BALANCE (*Line 4 Minus Line 6*)** | **(c)** | **$ 3,273,433.22** | **(c)** | **$ 3,273,433.22** | **(c)** |

***Note 1*** ***See notes on Atachment 8.***

**Calculation of calendar month cash disbursements for the month of October 2020 for U.S. Trustee Fee Calculation:**
Total Disbursements for the period from October 6, 2020 through October 31, 2020 **To be determined**

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my best of my knowledge and belief.**

This 5th day of January , 2021

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Rental of space in front of store by Westgate | $ 9,844.00 | $ 9,844.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $ 9,844.00 | $ 9,844.00 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Franchise fees and costs | $ - | $ - |
| Credit card fees | 0.16 | 0.16 |
| Payments of garnishments | 3,222.16 | 3,222.16 |
| Other miscellaneous expenses | 1,913.63 | 1,913.63 |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ 5,135.95 | $ 5,135.95 |

**NOTE: Attached a current Balance Sheet and Income (Profit & Loss) Statement**

# ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

ACCOUNTS RECEIVABLE AT PETITION DATE: $83,147.65

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | | |
|---|---|---|---|
| Beginning of Month Balance | $ | 83,147.65 | (a) |
| PLUS: Current Month New Billings | $ | 0.00 | |
| MINUS: Collection During the Month | $ | 0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | | * |
| End of Month Balance | $ | 83,147.65 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| To be determined | | | | To be determined |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| Account is still being reconciled. | | | | |
| TOTAL AMOUNT | | | | (b) |

☐ Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 195,605.69 | |
| MINUS: Amount Paid on Post-Petition Accounts Payable This Month | ($182,707.89) | |
| PLUS/MINUS: Adjustments | | * |
| Ending Month Balance | $12,897.80 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| TOTAL | | (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ - | **(a) |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ - | |
| PLUS: Inventory Purchased During Month | - | |
| MINUS: Inventory Used or Sold | - | |
| PLUS/MINUS: Adjustments or Write-downs | - | * |
| Inventory on Hand at End of Month | $ - | ** |

METHOD OF COSTING INVENTORY: ____________________

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| | | | | * |

* Aging Percentages must equal 100%.

☑ Check here if inventory contains perishable items.

Description of Obsolete Inventory: ____________________

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $ 15,372,190.02

(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): Furniture, fixtures, décor, equipment, signs, real estate

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ 10,156,874.93 | (a)(b) |
| MINUS: Depreciation Expense | (79,440.00) | |
| PLUS: New Purchases | - | |
| PLUS/MINUS: Adjustments or Write-downs | - | * |
| Ending Monthly Balance | $ 10,077,434.93 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

NONE

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.

Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions BRANCH: Winter Park

ACCOUNT NAME Corp ZBA Multi-Directional ACCOUNT NUMBER: x1449

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | 0 | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $0.00 | **(a) *Note 1* |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation:** ______

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______ Transferred to Payroll Account
______ Transferred to Tax Account

*Note 1* Bank Closing Credit reported on bank account statement as of 9/21/20. Balance of $0 reported in bankruptcy schedules and on bank statement.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
718
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1449

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 2 |

## CORP ZBA MULTI-DIRECTIONAL

August 20, 2020 through December 1, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$65.85 –** | Minimum Balance | $0 |
| Deposits & Credits | $65.85 + | | |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$0.00** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/21 | Bank Closing Credit | 65.85 |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 09/21 | 0.00 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667) or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions BRANCH: Winter Park

ACCOUNT NAME: Corp ZBA Multi-Directional ACCOUNT NUMBER: x1457

PURPOSE OF ACCOUNT: OPERATING

| | | | |
|---|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | | |
| Plus Total Amount of Outstanding Deposits | 0 | | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | | |
| Minus Service Charges | $0.00 | | |
| Ending Balance per Check Register | $0.00 | **(a) | *Note 1* |

***Debit cards are used by** ______________________

****If Closing Balance is negative, provide explanation:** ______________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______________________ Transferred to Payroll Account
______________________ Transferred to Tax Account

*Note 1* Bank Closing Credit reported on bank account statement as of 9/16/20. Balance of $0 reported in bankruptcy schedules and on bank statement.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

REGIONS

**Regions Bank**
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
731
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1457

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 2 |

## CORP ZBA MULTI-DIRECTIONAL

August 20, 2020 through December 2, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$62.28 –** | Minimum Balance | $0 |
| Deposits & Credits | $62.28 + | | |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$0.00** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/16 | Bank Closing Credit | 62.28 |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 09/16 | 0.00 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**



2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions BRANCH: Winter Park

ACCOUNT NAME: Corp ZBA Multi-Directional ACCOUNT NUMBER: x1465

PURPOSE OF ACCOUNT: OPERATING

| | | | |
|---|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | | |
| Plus Total Amount of Outstanding Deposits | 0 | | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | | |
| Minus Service Charges | $0.00 | | |
| Ending Balance per Check Register | $0.00 | **(a) | *Note 1* |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation:** ______

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______ Transferred to Payroll Account
______ Transferred to Tax Account

*Note 1* Bank Closing Credit reported on bank account statement as of 9/9/20. Balance of $0 reported in bankruptcy schedules and on bank statement.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
755
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1465

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 2 |

## CORP ZBA MULTI-DIRECTIONAL

August 20, 2020 through December 2, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$0.03 –** | Minimum Balance | $0 |
| Deposits & Credits | $0.03 + | | |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$0.00** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/09 | Bank Closing Credit | 0.03 |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 09/09 | 0.00 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667) or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Corp ZBA Multi-Directional ACCOUNT NUMBER: x1473

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | 0 | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $0.00 | **(a) |

***Debit cards are used by** ____________________

****If Closing Balance is negative, provide explanation:** ____________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

____________ Transferred to Payroll Account
____________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
773
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1473

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 3 |

## CORP ZBA MULTI-DIRECTIONAL

October 22, 2020 through November 18, 2020

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$0.00** | | Minimum Balance | $0 |
| Deposits & Credits | $45.04 | + | | |
| Withdrawals | $45.04 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$0.00** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/26 | Transfer Fr [redacted]1333 | 25.00 |
| 11/06 | Transfer Fr [redacted]1333 | 20.00 |
| 11/10 | Transfer Fr [redacted]1333 | 0.04 |
| | Total Deposits & Credits | $45.04 |

## WITHDRAWALS

| | | |
|---|---|---|
| 10/26 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 25.00 |
| 11/06 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 20.00 |
| 11/10 | Fifth Third ACH Mps Billng Metro Corral P 0j2659 | 0.04 |
| | Total Withdrawals | $45.04 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/26 | 0.00 | 11/06 | 0.00 | 11/10 | 0.00 |



2020 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
773
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1473

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 2 of 3 |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Corp ZBA Multi-Directional

ACCOUNT NUMBER: x1473

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached. | | | | |
| TOTAL | | | | |

Metro Corral Partners, Inc.
Regions Bank x1473
Cash Disbursements Detail

| Date | Check # | Description | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 10/9/2020 | na | Credit Card Fees | 5/3 Bankcard | Credit Card Fees | $ 0.16 |
| 10/13/2020 | na | Gift Card Withdrawal | 5/3 Bankcard | Gift Card Withdrawal | 19.12 |
| | | | | | $ 19.28 |

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
773
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1473

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 3 |

## CORP ZBA MULTI-DIRECTIONAL

September 24, 2020 through October 21, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$0.00** | Minimum Balance | $34 – |
| Deposits & Credits | $95.96 + | | |
| Withdrawals | $95.96 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$0.00** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/25 | Regions Bank Acct Trans 204002972 Eli | 1.00 |
| 10/01 | Transfer Fr [redacted]1333 | 34.00 |
| 10/02 | Transfer Fr [redacted]1333 | 17.02 |
| 10/05 | Transfer Fr [redacted]1333 | 24.66 |
| 10/09 | Transfer Fr [redacted]1333 | 0.16 |
| 10/13 | Transfer Fr [redacted]1333 | 19.12 |
| | Total Deposits & Credits | $95.96 |

## WITHDRAWALS

| | | |
|---|---|---|
| 09/29 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 29.94 |
| 09/30 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 5.06 |
| 10/02 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 17.02 |
| 10/05 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 24.66 |
| 10/09 | Fifth Third ACH Mps Billng Metro Corral P 0j2659 | 0.16 |
| 10/13 | 5/3 Bankcard Sys Giftcard Golden Corral 4445091707737 | 19.12 |
| | Total Withdrawals | $95.96 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/25 | 1.00 | 09/30 | 34.00 - | 10/02 | 0.00 |
| 09/29 | 28.94 - | 10/01 | 0.00 | 10/05 | 0.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
773
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]**1473**

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/09 | 0.00 | 10/13 | 0.00 |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Corp ZBA Multi-Directional ACCOUNT NUMBER: x1481

PURPOSE OF ACCOUNT: OPERATING

| | | | |
|---|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | | |
| Plus Total Amount of Outstanding Deposits | 0 | | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | | |
| Minus Service Charges | $0.00 | | |
| Ending Balance per Check Register | $0.00 | **(a) | *Note 1* |

***Debit cards are used by** __________

****If Closing Balance is negative, provide explanation:** __________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

__________ Transferred to Payroll Account
__________ Transferred to Tax Account

*Note 1* Bank Closing Credit reported on bank account statement as of 9/9/20. Balance of $0 reported in bankruptcy schedules and on bank statement.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
2425
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1481

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 2 |

## CORP ZBA MULTI-DIRECTIONAL

August 20, 2020 through December 2, 2020

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$32.29 –** | Minimum Balance | $0 |
| Deposits & Credits | $32.29 + | | |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | **$0.00** | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/09 | Bank Closing Credit | 32.29 |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 09/09 | 0.00 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667) or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: ____

ACCOUNT NAME Corp ZBA Multi-Directional ACCOUNT NUMBER: x8824

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | 0 | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $0.00 | **(a) *Note 1* |

***Debit cards are used by** ____

****If Closing Balance is negative, provide explanation:** ____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

____ Transferred to Payroll Account
____ Transferred to Tax Account

*Note 1* This account was listed on the bankruptcy schedules, but this account was closed prior to the petition date.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME Corp ZBA Multi-Directional ACCOUNT NUMBER: x1333

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $3,317,293.58 | |
| Plus Total Amount of Outstanding Deposits | 0 | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $3,317,293.58 | **(a) |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation:** ______

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______ Transferred to Payroll Account
______ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Corp ZBA Multi-Directional

ACCOUNT NUMBER: x1333

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached. | | | | |
| TOTAL | | | | |

Metro Corral Partners, Inc.
Regions Bank x1333
Cash Disbursements Detail

| Date | Check # | Description | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 10/6/2020 | na | Store Transfer | | Transfer to Maingate Store Account - Regions x1384 | $ 7.37 |
| 10/6/2020 | na | PR Transfer | | Transfer to Payroll Account - Regions x1341 | 3,035.24 |
| 10/7/2020 | na | Store Transfer | | Transfer to MCP of Kissimmee Store Account - Regions : | 28.52 |
| 10/8/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 1,072.32 |
| 10/8/2020 | na | PR Transfer | | Transfer to Payroll Account - Regions x1341 | 103,207.25 |
| 10/9/2020 | na | Bank Analysis Charge 0 | Regions Bank | Bank fees | 2,965.12 |
| 10/9/2020 | na | Management Fee for 10- | Holm Improvement | Management fees | 1,640.87 |
| 10/9/2020 | na | Store Transfer | | Transfer to MCP of Kissimmee Store Account - Regions : | 11.07 |
| 10/9/2020 | na | Store Transfer | | Transfer to Maingate Store Account - Regions x1384 | 0.13 |
| 10/9/2020 | na | Store Transfer | | Transfer to Store Account - Regions x1473 | 0.16 |
| 10/9/2020 | na | Store Transfer | | Universal - credit card fees | 0.05 |
| 10/9/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 25,298.33 |
| 10/13/2020 | na | Store Transfer | | Transfer to MCP of Kissimmee Store Account - Regions : | 32.33 |
| 10/13/2020 | na | Store Transfer | | Transfer to Maingate Store Account - Regions x1384 | 28.04 |
| 10/13/2020 | na | Store Transfer | | Transfer to Store Account - Regions x1473 | 19.12 |
| 10/13/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 35,566.29 |
| 10/13/2020 | na | PR Transfer | | Transfer to Payroll Account - Regions x1341 | 31,453.90 |
| 10/14/2020 | na | Store Transfer | | Transfer to Maingate Store Account - Regions x1384 | 5.92 |
| 10/14/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 7,216.71 |
| 10/15/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 79,139.02 |
| 10/16/2020 | na | September Sales Taxes | Florida Dept of Revenue | Sales & Use Tax | 11,814.69 |
| 10/16/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 24,100.17 |
| 10/16/2020 | na | PR Transfer | | Transfer to Payroll Account - Regions x1341 | 635.59 |
| 10/16/2020 | na | Management Fee 10-14 | Holm Improvement | Management fees | 1,723.60 |
| 10/19/2020 | na | Store Transfer | | Transfer to MCP of Kissimmee Store Account - Regions : | 12.45 |
| 10/19/2020 | na | Store Transfer | | Transfer to Maingate Store Account - Regions x1384 | 20.40 |
| 10/19/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 32,015.37 |
| 10/19/2020 | na | PR Transfer | | Transfer to Payroll Account - Regions x1341 | 1,482.47 |
| 10/20/2020 | na | Store Transfer | | Transfer to MCP of Kissimmee Store Account - Regions : | 9.99 |
| 10/20/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 22,913.97 |
| 10/21/2020 | na | AP Transfer | | Transfer to AP Account - Regions x1368 | 44,433.66 |
| | | | | Total | $ 429,890.12 |
| | | | | Less: Intercompany transfers | (411,745.79) |
| | | | | Total disbursements | $ 18,144.33 |

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
DEPOSITORY
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1333

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 4 |

## COMMERCIAL ANALYZED CHECKING

September 24, 2020 through October 21, 2020

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$11,635.73** | | Minimum Balance | $11,602 |
| Deposits & Credits | $3,735,690.11 | + | | |
| Withdrawals | $427,067.14 | – | | |
| Fees | $2,965.12 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$3,317,293.58** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/01 | Transfer Fr [redacted]1376 | 1.00 |
| 10/01 | Transfer Fr [redacted]1503 | 748.10 |
| 10/01 | Transfer Fr [redacted]1368 | 995.58 |
| 10/01 | Transfer Fr [redacted]1430 | 164,054.69 |
| 10/02 | Transfer Fr [redacted]1430 | 7,650.18 |
| 10/05 | Deposit - Thank You | 3,385.00 |
| 10/05 | Deposit - Thank You | 4,386.00 |
| 10/05 | Deposit - Thank You | 6,685.00 |
| 10/05 | Transfer Fr [redacted]1430 | 54,645.77 |
| 10/06 | Deposit - Thank You | 2,651.00 |
| 10/06 | Quick Deposit - Thank You | 9,844.00 |
| 10/06 | Transfer Fr [redacted]1430 | 8,465.68 |
| 10/07 | Transfer Fr [redacted]1430 | 7,171.51 |
| 10/08 | Transfer Fr [redacted]1430 | 7,709.10 |
| 10/09 | Wire Transfer Metro Corral P | 3,266,235.93 |
| 10/09 | Transfer Fr [redacted]1430 | 8,607.96 |
| 10/13 | Transfer Fr [redacted]1430 | 65,470.64 |
| 10/14 | Transfer Fr [redacted]1341 | 1,371.76 |
| 10/14 | Transfer Fr [redacted]1430 | 8,255.70 |
| 10/15 | Transfer Fr [redacted]1430 | 7,490.01 |
| 10/16 | Transfer Fr [redacted]4056 | 540.00 |
| 10/16 | Transfer Fr [redacted]4099 | 1,677.00 |
| 10/16 | Transfer Fr [redacted]1430 | 8,987.58 |
| 10/19 | Transfer Fr [redacted]4099 | 6,907.00 |
| 10/19 | Transfer Fr [redacted]4056 | 7,813.00 |
| 10/19 | Transfer Fr [redacted]1430 | 53,846.05 |



2020 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
DEPOSITORY
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1333

092

| | |
|---|---|
| Cycle | 24 |
| Enclosures | 0 |
| Page | 2 of 4 |

## DEPOSITS & CREDITS (CONTINUED)

| | | |
|---|---|---|
| 10/20 | Transfer Fr [redacted]4056 | 677.00 |
| 10/20 | Transfer Fr [redacted]4099 | 1,533.00 |
| 10/20 | Transfer Fr [redacted]1430 | 9,718.66 |
| 10/21 | Transfer Fr [redacted]4056 | 1,023.00 |
| 10/21 | Transfer Fr [redacted]1430 | 7,143.21 |
| | Total Deposits & Credits | $3,735,690.11 |

## WITHDRAWALS

| | | |
|---|---|---|
| 09/25 | Regions Bank Acct Trans [redacted]2972 Eli | 1.00 |
| 09/28 | Regions Bank Acct Trans [redacted]2972 Eli | 32.69 |
| 10/01 | Transfer to [redacted]1384 | 22.77 |
| 10/01 | Transfer to [redacted]1473 | 34.00 |
| 10/02 | Transfer to [redacted]1376 | 10.00 |
| 10/02 | Transfer to [redacted]1473 | 17.02 |
| 10/05 | Transfer to [redacted]1473 | 24.66 |
| 10/06 | Transfer to [redacted]1384 | 7.37 |
| 10/06 | Transfer to [redacted]1341 | 3,035.24 |
| 10/07 | Transfer to [redacted]1376 | 28.52 |
| 10/08 | Transfer to [redacted]1368 | 1,072.32 |
| 10/08 | Transfer to [redacted]1341 | 103,207.25 |
| 10/09 | Regions Bank Acct Trans [redacted]2972 Eli | 1,640.87 |
| 10/09 | Transfer to [redacted]1503 | 0.05 |
| 10/09 | Transfer to [redacted]1384 | 0.13 |
| 10/09 | Transfer to [redacted]1473 | 0.16 |
| 10/09 | Transfer to [redacted]1376 | 11.07 |
| 10/09 | Transfer to [redacted]1368 | 25,298.33 |
| 10/13 | Transfer to [redacted]1473 | 19.12 |
| 10/13 | Transfer to [redacted]1384 | 28.04 |
| 10/13 | Transfer to [redacted]1376 | 32.33 |
| 10/13 | Transfer to [redacted]1341 | 31,453.90 |
| 10/13 | Transfer to [redacted]1368 | 35,566.29 |
| 10/14 | Transfer to [redacted]1384 | 5.92 |
| 10/14 | Transfer to [redacted]1368 | 7,216.71 |
| 10/15 | Transfer to [redacted]1368 | 79,139.02 |
| 10/16 | Regions Bank Acct Trans [redacted]2972 Eli | 1,723.60 |
| 10/16 | Transfer to [redacted]1341 | 635.59 |
| 10/16 | Transfer to [redacted]1368 | 24,100.17 |
| 10/16 | Fla Dept Revenue C01 Golden Corral 157077897 | 11,814.69 |
| 10/19 | Transfer to [redacted]1376 | 12.45 |
| 10/19 | Transfer to [redacted]1384 | 20.40 |
| 10/19 | Transfer to [redacted]1341 | 1,482.47 |
| 10/19 | Transfer to [redacted]1368 | 32,015.37 |
| 10/20 | Transfer to [redacted]1376 | 9.99 |
| 10/20 | Transfer to [redacted]1368 | 22,913.97 |
| 10/21 | Transfer to [redacted]1368 | 44,433.66 |
| | Total Withdrawals | $427,067.14 |

## FEES

| | | |
|---|---|---|
| 10/09 | Analysis Charge 09-20 | 2,965.12 |

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
DEPOSITORY
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1333

092
Cycle 24
Enclosures 0


## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/25 | 11,634.73 | 10/07 | 279,105.97 | 10/15 | 3,356,590.44 |
| 09/28 | 11,602.04 | 10/08 | 182,535.50 | 10/16 | 3,329,520.97 |
| 10/01 | 177,344.64 | 10/09 | 3,427,463.66 | 10/19 | 3,364,556.33 |
| 10/02 | 184,967.80 | 10/13 | 3,425,834.62 | 10/20 | 3,353,561.03 |
| 10/05 | 254,044.91 | 10/14 | 3,428,239.45 | 10/21 | 3,317,293.58 |
| 10/06 | 271,962.98 | | | | |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME Corp ZBA Multi-Directional ACCOUNT NUMBER: x1368

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | 0 | |
| Minus Total Amount of Outstanding Checks and other debits | $ (51,965.82) * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | ($51,965.82) | **(a) |

***Debit cards are used by** ________

****If Closing Balance is negative, provide explanation:** ________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

________ Transferred to Payroll Account
________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Corp ZBA Multi-Directional

ACCOUNT NUMBER: x1368

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached. | | | | |
| TOTAL | | | | |

Metro Corral Partners, Inc.
Regions Bank x13
Cash Disbursements Detail

| Date | Check # | Description | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 10/8/2020 | 23359 | | FL DEPARTMENT Computer Checks | Garnishments | $ 40.00 |
| 10/8/2020 | 23335 | | CITY BEVERAGES Computer Checks | Inventory | 431.50 |
| 10/8/2020 | 23336 | | COX BUSINESS Computer Checks | Office supplies | 285.69 |
| 10/8/2020 | 23337 | | CHARLES WINGO Computer Checks | Repairs and maintenance | 5,352.60 |
| 10/8/2020 | 23338 | | DUKE ENERGY Computer Checks | Utilities | 20,998.09 |
| 10/8/2020 | 23339 | | FED EX Computer Checks | Postage | 13.61 |
| 10/8/2020 | 23340 | | FL DEPARTMENT Computer Checks | Garnishments | 40.00 |
| 10/8/2020 | 23341 | | GAS SOUTH Computer Checks | Utilities | 9.33 |
| 10/8/2020 | 23342 | | HARVILL'S PROD Computer Checks | Inventory | 571.10 |
| 10/8/2020 | 23343 | | HOLLYWOOD PLAZ Computer Checks | Repairs and maintenance | 3,316.99 |
| 10/8/2020 | 23344 | | ITECH TOTAL T Computer Checks | Telephone and internet | 1,599.99 |
| 10/8/2020 | 23345 | | KELLY FOODS Computer Checks | Inventory | 486.82 |
| 10/8/2020 | 23346 | | KISSIMMEE UTIL Computer Checks | Utilities | 5,951.82 |
| 10/8/2020 | 23347 | | LAKE APOPKA NA Computer Checks | Utilities | 33.00 |
| 10/8/2020 | 23348 | | ORANGE COUNTY Computer Checks | Utilities | 607.82 |
| 10/8/2020 | 23349 | | ORLANDO UTILIT Computer Checks | Utilities | 3,959.77 |
| 10/8/2020 | 23350 | | RESTAURANT TEC Computer Checks | Restaurant supplies | 210.63 |
| 10/8/2020 | 23351 | | SAFEGUARD BUSI Computer Checks | Office supplies | 83.26 |
| 10/8/2020 | 23352 | | SMARTCITY Computer Checks | Telephone and internet | 202.78 |
| 10/8/2020 | 23353 | | BRIGHT HOUSE N Computer Checks | Telephone and internet | 618.66 |
| 10/8/2020 | 23354 | | SUNNY FLORIDA Computer Checks | Inventory | 168.91 |
| 10/8/2020 | 23355 | | TECO PEOPLES G Computer Checks | Utilities | 258.62 |
| 10/8/2020 | 23356 | | TOHO WATER AUT Computer Checks | Utilities | 1,899.48 |
| 10/8/2020 | 23357 | | T & A GARDENIN Computer Checks | Repairs and maintenance | 3,370.00 |
| 10/8/2020 | 23358 | | BROWNIE'S SEPT Computer Checks | Repairs and maintenance | 2,088.91 |
| 10/8/2020 | 23360 | | FLORIDA LOGOS Computer Checks | Advertising | 1,130.00 |
| 10/9/2020 | 23362 | | RC Coatings Computer Checks | Repairs and maintenance | 14,000.00 |
| 10/12/2020 | 23363 | | CASH Computer Checks | Transfer to East Colonial store to fund change fund | 5,000.00 |
| 10/12/2020 | 23366 | | CASH Computer Checks | Transfer to Clermont store to fund change fund | 5,000.00 |
| 10/13/2020 | ACH | | MBM McLane | Inventory | 21,765.52 |
| 10/14/2020 | ACH | | KEM | Restaurant supplies | 1,234.46 |
| 10/14/2020 | ACH | | MBM McLane | Inventory | 252.93 |
| 10/14/2020 | | | Garnishments | Garnishments | 3,035.24 |
| 10/15/2020 | 23361 | | STATE COLLECTI Computer Checks | Garnishments | 186.92 |
| 10/15/2020 | 23367 | | BRIGHT HOUSE N Computer Checks | Telephone and internet | 1,355.41 |
| 10/15/2020 | 23368 | | CISCO SYSTEMS Computer Checks | Telephone and internet | 2,340.13 |
| 10/15/2020 | 23369 | | DUKE ENERGY Computer Checks | Utilities | 7,036.06 |
| 10/15/2020 | 23370 | | FIRST DATA COR Computer Checks | Miscellaneous expenses | 10.40 |
| 10/15/2020 | 23371 | | FLORIDA LOGOS Computer Checks | Advertising | 5,030.00 |
| 10/15/2020 | 23372 | | GOLDEN CORRAL Computer Checks | Franchise fees and costs | 2,767.54 |
| 10/15/2020 | 23373 | | GAS SOUTH Computer Checks | Utilities | 44.53 |
| 10/15/2020 | 23374 | | HARVILL'S PROD Computer Checks | Inventory | 3,000.15 |
| 10/15/2020 | 23375 | | INFINITE ENERG Computer Checks | Utilities | 5.33 |
| 10/15/2020 | 23376 | | KISSIMMEE UTIL Computer Checks | Utilities | 2,483.42 |
| 10/15/2020 | 23377 | | KELLY FOODS Computer Checks | Inventory | 3,286.06 |
| 10/15/2020 | 23378 | | LIAZON Computer Checks | Insurance | 1,208.23 |
| 10/15/2020 | 23379 | | RESTAURANT TEC Computer Checks | Restaurant supplies | 724.36 |
| 10/15/2020 | 23380 | | TECO PEOPLES G Computer Checks | Utilities | 1,902.38 |
| 10/15/2020 | 23381 | | CITY OF WINTER Computer Checks | Utilities | 66.11 |
| 10/15/2020 | 23382 | | SUNNY FLORIDA Computer Checks | Inventory | 350.12 |
| 10/15/2020 | 23383 | | WASTE MANAGEME Computer Checks | Utilities | 7,452.44 |
| 10/15/2020 | 23372 | Void check | GOLDEN CORRAL Void Historical Trx | Franchise fees and costs | (2,767.54) |
| 10/15/2020 | 23383 | Void check | WASTE MANAGEME Void Historical Trx | Utilities | (7,452.44) |
| 10/15/2020 | ACH | | MBM McLane | Inventory | 78,009.02 |
| 10/16/2020 | 23384 | | RC Coatings Computer Checks | Repairs and maintenance | 12,000.00 |
| 10/16/2020 | 23385 | | INFINITY SIGNS Computer Checks | Repairs and maintenance | 18,700.00 |
| 10/20/2020 | ACH | | KEM | Restaurant supplies | 6,779.16 |
| 10/20/2020 | ACH | | RESTAURANT TEC Computer Checks | Restaurant supplies | 417.18 |
| 10/20/2020 | | | Gallagher Bassett | Insurance | 250.00 |
| 10/21/2020 | ACH | | MBM McLane | Inventory | 34,261.61 |
| 10/21/2020 | 23403 | Posted 10/22/20 | KELLY FOODS Computer Checks | Inventory | 6,472.32 |
| 10/21/2020 | 23399 | Posted 10/22/20 | Hoodz of Orlando | Repairs and maintenance | 1,980.00 |
| 10/21/2020 | 23386 | Posted 10/22/20 | Affordable Lock & Security | Repairs and maintenance | 304.06 |
| 10/21/2020 | | | To Close AP Balance | Miscellaneous expenses | (0.05) |
| | | | | | $ 292,220.44 |
| | | | | Less: Intercompany transfers | (10,000.00) |
| | | | | Total disbursements | $ 282,220.44 |

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
A/P
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1368

| | |
|---|---|
| | 092 |
| Cycle | 23 |
| Enclosures | 0 |
| Page | 1 of 3 |

## CORP ZBA MULTI-DIRECTIONAL

September 24, 2020 through October 21, 2020

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$995.58** | | Minimum Balance | $995 |
| Deposits & Credits | $271,755.84 | + | | |
| Withdrawals | $143,965.46 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $128,785.96 | – | | |
| **Ending Balance** | **$0.00** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/08 | Transfer Fr [redacted]1333 | 1,072.32 |
| 10/09 | Transfer Fr [redacted]1333 | 25,298.33 |
| 10/13 | Transfer Fr [redacted]1333 | 35,566.29 |
| 10/14 | Transfer Fr [redacted]1333 | 7,216.71 |
| 10/15 | Transfer Fr [redacted]1333 | 79,139.02 |
| 10/16 | Transfer Fr [redacted]1333 | 24,100.17 |
| 10/19 | Transfer Fr [redacted]1333 | 32,015.37 |
| 10/20 | Transfer Fr [redacted]1333 | 22,913.97 |
| 10/21 | Transfer Fr [redacted]1333 | 44,433.66 |
| | Total Deposits & Credits | $271,755.84 |

## WITHDRAWALS

| | | |
|---|---|---|
| 10/01 | Transfer to [redacted]1333 | 995.58 |
| 10/13 | Regions Bank Prefunddbt 204002972 Eli | 1,234.46 |
| 10/13 | McLane Foodservi Cash C&d Metro Corral P McLane Foodserv | 21,765.52 |
| 10/14 | McLane Foodservi Cash C&d Metro Corral P McLane Foodserv | 252.93 |
| 10/15 | McLane Foodservi Cash C&d Metro Corral P McLane Foodserv | 78,009.02 |
| 10/19 | Regions Bank Prefunddbt 204002972 Eli | 250.00 |
| 10/19 | Regions Bank Prefunddbt 204002972 Eli | 6,779.16 |
| 10/20 | Restaurant Techn EFT Draft Metro Corral O 223783 | 417.18 |
| 10/21 | McLane Foodservi Cash C&d Metro Corral P McLane Foodserv | 34,261.61 |
| | Total Withdrawals | $143,965.46 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
A/P
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1368

| | |
|---|---|
| | 092 |
| Cycle | 23 |
| Enclosures | 0 |
| Page | 2 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/13 | 233 | 258.62 | 10/14 | 23359 | 40.00 |
| 10/08 | 23335 * | 431.50 | 10/15 | 23360 | 1,130.00 |
| 10/13 | 23336 | 285.69 | 10/14 | 23361 | 186.92 |
| 10/09 | 23337 | 5,352.60 | 10/09 | 23362 | 14,000.00 |
| 10/16 | 23338 | 20,998.09 | 10/13 | 23363 | 5,000.00 |
| 10/14 | 23339 | 13.61 | 10/14 | 23366 * | 5,000.00 |
| 10/14 | 23340 | 40.00 | 10/21 | 23367 | 1,355.41 |
| 10/13 | 23341 | 9.33 | 10/20 | 23369 * | 7,036.06 |
| 10/13 | 23342 | 571.10 | 10/21 | 23370 | 10.40 |
| 10/14 | 23344 * | 1,599.99 | 10/21 | 23373 * | 44.53 |
| 10/09 | 23345 | 486.82 | 10/19 | 23374 | 3,000.15 |
| 10/08 | 23347 * | 33.00 | 10/21 | 23375 | 5.33 |
| 10/08 | 23348 | 607.82 | 10/16 | 23376 | 2,483.42 |
| 10/13 | 23349 | 3,959.77 | 10/19 | 23377 | 3,286.06 |
| 10/13 | 23350 | 210.63 | 10/20 | 23378 | 1,208.23 |
| 10/14 | 23351 | 83.26 | 10/20 | 23380 * | 1,902.38 |
| 10/13 | 23352 | 202.78 | 10/20 | 23382 * | 350.12 |
| 10/16 | 23353 | 618.66 | 10/20 | 23384 * | 12,000.00 |
| 10/13 | 23354 | 168.91 | 10/19 | 23385 | 18,700.00 |
| 10/13 | 23356 * | 1,899.48 | 10/21 | 23386 | 304.06 |
| 10/09 | 23357 | 3,370.00 | 10/21 | 23399 * | 1,980.00 |
| 10/09 | 23358 | 2,088.91 | 10/21 | 23403 * | 6,472.32 |
| | | | | Total Checks | $128,785.96 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 0.00 | 10/14 | 0.00 | 10/19 | 0.00 |
| 10/08 | 0.00 | 10/15 | 0.00 | 10/20 | 0.00 |
| 10/09 | 0.00 | 10/16 | 0.00 | 10/21 | 0.00 |
| 10/13 | 0.00 | | | | |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $<br>+ |
| 3. | Total lines 1 & 2 | $<br>= |
| 4. | Enter total from 4a (column on right side of page) | $<br>- |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $<br>= |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

# Metro Corral Partners, Inc.

**Bank Reconciliation**
**As of 10/21**
**Regions Bank**
**Accounts Payable Account**
**Account No. Regions x1368**
**GL Account# 99-1001-000**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | 10/21/2020 | (43,209.44) | **Description** | 10/21/2020 | | **Per Bank** - |
| Deposit: | | | | | | |
| | | | O/S checks | | $ | (51,965.82) |
| Payment: | | | | | | |
| Adjustment: | | | | | | |
| Chk 23403 posted on 10/22 | | (6,472.32) | | | | |
| Chk 23399 posted on 10/22 | | (1,980.00) | | | | |
| Chk 23386 posted on 10/22 | | (304.06) | | | | |
| Ending Balance | 10/21/2020 | (51,965.82) | Ending Balance | 10/21/2020 | | (51,965.82) |

Outstanding Checks

| | | | | | |
|---|---|---|---|---|---|
| 8/9/2017 | Highland Lakes Center, LLC | 18034 | | $ | (2,024.97) |
| 1/5/2018 | State Collection & Disbursment | 19186 | | $ | 778.00 |
| 11/15/2018 | State Collection & Disbursment | 20830 | | $ | 186.57 |
| 3/12/2019 | Golden Corral Franchising Syst | 21422 | | $ | 3,333.00 |
| 11/14/2019 | Coca Cola Beverages Florida LL | 22538 | | $ | (81.60) |
| 4/27/2020 | Phoenicia Deve | 23202 | | $ | 995.58 |
| 10/8/2020 | Hollywood Plaza | 23343 | | $ | 3,316.99 |
| 10/8/2020 | Kissimmee Utilities | 23346 | | $ | 5,951.82 |
| 10/15/2020 | Cisco Sysyems | 23368 | | $ | 2,340.13 |
| 10/15/2020 | Florida Logos | 23371 | | $ | 5,030.00 |
| 10/15/2020 | Restaurant Techonologies | 23379 | | $ | 724.36 |
| 10/15/2020 | City of Winter Park | 23381 | | $ | 66.11 |
| 8/24/2020 | Teco Payment | | | $ | 50.57 |
| 8/24/2020 | Gas South Voided | | | $ | (28.97) |
| 8/25/2020 | Gas South Payment | | | $ | 22.58 |
| 7/22/2020 | Amex Payment | | no transfer made yet | $ | 13,667.77 |
| 8/20/2020 | Amex Payment | | no transfer made yet | $ | 17,637.88 |
| | | | | $ | 51,965.82 |

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions BRANCH: ____________

ACCOUNT NAME: 755 ACCOUNT NUMBER: x4021

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 * | |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $0.00 | **(a) *Note 1* |

***Debit cards are used by** ____________

****If Closing Balance is negative, provide explanation:** ____________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

____________ Transferred to Payroll Account
____________ Transferred to Tax Account

*Note 1* This account was listed on the bankruptcy schedules, but was not opened until after the end date of this reporting period.

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: United Community Bank BRANCH: 201 South Orange Ave

ACCOUNT NAME Corporate Select ACCOUNT NUMBER: x4315

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ 1,177.83 | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other debits | (200.83) * | |
| Minus Service Charges | - | |
| Ending Balance per Check Register | $ 977.00 | **(a) |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation:** ______

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______ Transferred to Payroll Account
______ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: United Community Bank 201 South Orange Ave

ACCOUNT NAME: Corporate Select

ACCOUNT NUMBER: x4315

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached. | | | | |

TOTAL

Metro Corral Partners, Inc.
Regions Bank x1341
Cash Disbursements Detail

| Date | Check # | Description | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 10/8/2020 | | Payment Entry | | | $ 70,000.00 |
| 10/8/2020 | | Deposits (Paid by LLC) | | | (95,000.00) |
| 10/9/2020 | | Payment Entry | | | 95,000.00 |
| 10/9/2020 | | Transfer from Seaside | | | 3,266,235.93 |
| 10/9/2020 | | MBM Void Historical Trx | | | (70,000.00) |
| 10/9/2020 | | KELLY FOODS Void Historical Trx | | | (25,000.00) |
| 10/14/2020 | | Payroll Void Checks | | | (458.32) |
| 10/21/2020 | | Payment Entry | RJP Vineland | Rent | 11,374.38 |
| 10/21/2020 | | Payment Entry | | | 25,000.00 |
| | | Reconciliation adjustments | | | (0.22) |
| | | | | | $ 3,277,151.77 |
| | | | | Less: Intercompany transfers | (3,266,235.93) |
| | | | | Total disbursements | $ 10,915.84 |

002198

Last statement: September 30, 2020
This statement: October 30, 2020
Total days in statement period: 30

Page 1 of 2
[redacted]4315
(37)

Direct inquiries to:
Customer Service, 888 881-7628

**METRO CORRAL PARTNERS INC**
**1069 W MORSE BLVD**
**WINTER PARK FL 32789**

United Community Banks, Inc
201 South Orange Avenue, Suite 1350
Orlando, FL 32801

## Corporate Select

| | | | |
|---|---|---|---|
| Account number | [redacted]4315 | Beginning balance | $1,478,780.18 |
| Enclosures | 37 | Total additions | 2,004,812.64 |
| Low balance | $1,177.83 | Total subtractions | 3,482,414.99 |
| Average balance | $882,939.70 | Ending balance | $1,177.83 |
| Avg collected balance | $882,939.00 | | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1047 | 10-06 | 629.88 | 1160 | 10-07 | 3,166.67 |
| 1048 | 10-13 | 156.83 | 1161 | 10-05 | 1,125.24 |
| 1093 * | 10-01 | 514.40 | 1162 | 10-06 | 414.92 |
| 1122 * | 10-02 | 583.82 | 1163 | 10-02 | 282.80 |
| 1132 * | 10-01 | 3,635.93 | 1164 | 10-06 | 131.80 |
| 1140 * | 10-08 | 449.70 | 1165 | 10-06 | 1,223.71 |
| 1144 * | 10-01 | 2,523.32 | 1166 | 10-19 | 250.00 |
| 1146 * | 10-05 | 18,944.32 | 1167 | 10-05 | 811.39 |
| 1149 * | 10-01 | 80.76 | 1168 | 10-16 | 105.12 |
| 1150 | 10-01 | 830.50 | 1169 | 10-05 | 740.00 |
| 1151 | 10-01 | 215.95 | 1170 | 10-05 | 245.00 |
| 1152 | 10-05 | 135.26 | 1171 | 10-02 | 6,573.40 |
| 1153 | 10-02 | 328.16 | 1172 | 10-02 | 8,664.28 |
| 1154 | 10-06 | 394.53 | 1173 | 10-05 | 2,457.43 |
| 1155 | 10-05 | 6.42 | 1175 * | 10-07 | 1,414.40 |
| 1156 | 10-02 | 2,383.15 | 1176 | 10-02 | 3,350.00 |
| 1157 | 10-02 | 3,526.94 | 1177 | 10-07 | 770.00 |
| 1158 | 10-01 | 39.44 | | | |
| 1159 | 10-02 | 902.17 | | | |

*** Skip in check sequence**

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | ' Cash Mgmt Trsfr Dr<br>REF 2751303L FUNDS TRANSFER TO DEP [redacted]2254<br>FROM | 30,000.00 |

002198

METRO CORRAL PARTNERS INC
October 30, 2020

Page 2 of 2
[redacted]4315

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | ' Preauthorized Wd<br>MCP INC PYMTS 201001 | 2,726.28 |
| 10-01 | ' Preauthorized Wd<br>MCP INC PYMTS 201001 | 3,887.50 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:KELLY FOOD | 486.82 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:HAVRVILL.S PRODUCE | 877.35 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:AIRGAS NATIONAL CARBONATION | 1,303.12 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:MCLANE | 8,669.97 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:ELIZABETH LIPA | 20,466.78 |
| 10-02 | ' Bib Wire Out Dom<br>OT TO:COASTAL EQUIPMENT COMPANY | 64,583.00 |
| 10-02 | ' Preauthorized Wd<br>MCP INC PYMTS 201002 | 3,796.22 |
| 10-05 | ' Preauthorized Wd<br>MCP INC PYMTS 201005 | 11,374.38 |
| 10-09 | ' Bib Wire Out Dom<br>OT TO:METRO CORRALPARTNERS, INC. - DEPOS TRANSFER ALL<br>FUND MCPINC HAS I N SEA SIDE BANK TOREGIONS BANK MCPI | 3,266,235.93 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 10-01 | ACH Return/Chrgck<br>ACH RETURN MARGARITA GARCIA MEDR<br>ACCOUNT CLOSED | 458.32 |
| 10-01 | ' Cash Mgmt Trsfr Cr<br>REF 2750943L FUNDS TRANSFER FRMDEP [redacted]6384<br>FROM | 2,000,000.00 |
| 10-02 | ' Wire-IN Dom/CUST<br>IT FROM:METRO CORRAL PARTNERS INC | 466.82 |
| 10-02 | ' Miscellaneous Credit<br>ACH FILE DELETED ORIGINATED ON 9-25-20<br>EFFECTIVE ON 10-15-20 | 3,887.50 |

002198

3

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001047

DATE Sep 11, 2020 Void after 180 Days

AMOUNT

Pay Six Hundred Twenty Nine Dollars And 88 Cents $629.88

to the Order of:
A BETTER FILTER, INC
268 S ELMWOOD AVE
PALATINE, IL 60074

[redacted]

Number: 1047 Date: 10/06/2020 Amount: $629.88

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001048

DATE Sep 11, 2020 Void after 180 Days

AMOUNT

Pay One Hundred Fifty Six Dollars And 83 Cents $156.83

to the Order of:
BILL MORRIS PLUMBING LLC
108 JOANNE CT
ALTAMONTE SPRINGS, FL 32714

[redacted]

Number: 1048 Date: 10/13/2020 Amount: $156.83

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001093

DATE Sep 17, 2020 Void after 180 Days

AMOUNT

Pay Five Hundred Fourteen Dollars And 40 Cents $514.40

to the Order of:
PITNEY BOWES GLOBAL FINANCIAL SVC
PO BOX 371887
PITTSBURGH, PA 15250-7887

[redacted]

Number: 1093 Date: 10/01/2020 Amount: $514.40

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001122

DATE Sep 17, 2020 Void after 180 Days

AMOUNT

Pay Five Hundred Eighty Three Dollars And 82 Cents $583.82

to the Order of:
CITY OF ORLANDO
PERMITTING SERVICES
P.O. Box 4990
Orlando, FL 32802-4990

BUS0021410-001

[redacted]

Number: 1122 Date: 10/02/2020 Amount: $583.82

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001132

DATE Sep 24, 2020 Void after 180 Days

AMOUNT

Pay Three Thousand Six Hundred Thirty Five Dollars And 93 Cents $3,635.93

to the Order of:
ITECH
2711 Rew Circle
Ocoee, FL 34761

[redacted]

Number: 1132 Date: 10/01/2020 Amount: $3,635.93

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001140

DATE Sep 24, 2020 Void after 180 Days

AMOUNT

Pay Four Hundred Forty Nine Dollars And 70 Cents $449.70

to the Order of:
SEAWRIGHT&ASSOCIATES
100 E. VENTRIS AVENUE
MAITLAND, FL 32751

[redacted]

Number: 1140 Date: 10/08/2020 Amount: $449.70

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001144

DATE Sep 23, 2020 Void after 180 Days

AMOUNT

Pay Two Thousand Five Hundred Twenty Three Dollars And 32 Cents $2,523.32

to the Order of:
GOOD GUYS CARPET & RUG CLEANING
3125 GATEWAY DRIVE, SUITE F
NORCROSS, GA 30071

[redacted]

Number: 1144 Date: 10/01/2020 Amount: $2,523.32

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001146

DATE Sep 23, 2020 Void after 180 Days

AMOUNT

Pay Eighteen Thousand Nine Hundred Forty Four Dollars And 32 Cents $18,944.32

to the Order of:
Florida Blue
P.O.Box 660299
Dallas, TX 75266-0299

[redacted]

Number: 1146 Date: 10/05/2020 Amount: $18,944.32

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001149

DATE Oct 1, 2020 Void after 180 Days

AMOUNT

Pay Eighty Dollars And 76 Cents $80.76

to the Order of:
ALSCO
1213 S DIVISION AVENUE
ORLANDO, FL 32805

[redacted]

Number: 1149 Date: 10/01/2020 Amount: $80.76

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001150

DATE Oct 1, 2020 Void after 180 Days

AMOUNT

Pay Eight Hundred Thirty Dollars And 50 Cents $830.50

to the Order of:
BROWNIE'S SEPTIC AND PLUMBING, LLC
4949 N. ORANGE BLOSSOM TRL
ORLANDO, FL 32810

[redacted]

Number: 1150 Date: 10/01/2020 Amount: $830.50

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001151

DATE Oct 1, 2020 Void after 180 Days

AMOUNT

Pay Two Hundred Fifteen Dollars And 95 Cents $215.95

to the Order of:
CITY BEVERAGES
P.O. BOX 620006
ORLANDO, FL 32862-0006

[redacted]

Number: 1151 Date: 10/01/2020 Amount: $215.95

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC.
1069 W. MORSE BLVD
WINTER PARK, FL 32789

Seaside Bank & Trust
63-1608/631

001152

DATE Oct 1, 2020 Void after 180 Days

AMOUNT

Pay One Hundred Thirty Five Dollars And 26 Cents $135.26

to the Order of:
COZZINI BROS., INC
350 HOWARD AVE
DES PLAINES, IL 60018

[redacted]

Number: 1152 Date: 10/05/2020 Amount: $135.26

002198

4

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001153 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Three Hundred Twenty Eight Dollars And 16 Cents — $328.16

to the Order of: ECOLAB PO BOX 32027 NEW YORK, NY 10087-2027

[redacted] [redacted]

Number: 1153 Date: 10/02/2020 Amount: $328.16

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001154 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Three Hundred Ninety Four Dollars And 53 Cents — $394.53

to the Order of: GEORGIA AIR & REFRIGERATION SERVIC 50 GRAYSON INDUSTRIAL PARKWAY GRAYSON, GA 30017

[redacted]

Number: 1154 Date: 10/06/2020 Amount: $394.53

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001155 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Six Dollars And 42 Cents — $6.42

to the Order of: GAS SOUTH PO BOX 530552 ATLANTA, GA 30353-0552

[redacted]

Number: 1155 Date: 10/05/2020 Amount: $6.42

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001156 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Two Thousand Three Hundred Eighty Three Dollars And 15 Cents — $2,383.15

to the Order of: HARVILL'S PRODUCE 8775 S. ORANGE AVE. Orlando, FL 32824

[redacted]

Number: 1156 Date: 10/02/2020 Amount: $2,383.15

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — 70113 — Seaside Bank & Trust 63-1608/631 — 001157 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Three Thousand Five Hundred Twenty Six Dollars And 94 Cents — $3,526.94

to the Order of: KELLY FOODS P.O. BOX 770187 WINTER GARDEN, FL 34777-0187

[redacted]

Number: 1157 Date: 10/02/2020 Amount: $3,526.94

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001158 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

000298135-000233260

Pay Thirty Nine Dollars And 44 Cents — $39.44

to the Order of: LAKE APOPKA NATURAL GAS DISTRICT P.O. BOX 850001 ORLANDO, FL 32885-0023

[redacted]

Number: 1158 Date: 10/01/2020 Amount: $39.44

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001159 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Nine Hundred Two Dollars And 17 Cents — $902.17

to the Order of: ORLANDO UTILITIES COMMISSION PO BOX 31329 TAMPA, FL 33631-3329

[redacted]

Number: 1159 Date: 10/02/2020 Amount: $902.17

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001160 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Three Thousand One Hundred Sixty Six Dollars And 67 Cents — $3,166.67

to the Order of: DUKE ENERGY PO BOX 1004 CHARLOTTE, NC 28201-1004

[redacted]

Number: 1160 Date: 10/07/2020 Amount: $3,166.67

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001161 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay One Thousand One Hundred Twenty Five Dollars And 24 Cents — $1,125.24

to the Order of: SUNNY FLORIDA DAIRY 2209 NORTH 40TH STREET TAMPA, FL 33675-5085

[redacted]

Number: 1161 Date: 10/05/2020 Amount: $1,125.24

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001162 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Four Hundred Fourteen Dollars And 92 Cents — $414.92

to the Order of: BRIGHT HOUSE NETWORKS PO BOX 7195 PASADENA, CA 91109-7195

[redacted]

Number: 1162 Date: 10/06/2020 Amount: $414.92

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001163 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay Two Hundred Eighty Two Dollars And 80 Cents — $282.80

to the Order of: AFFORDABLE LOCK & SECURITY SOLUTI ATTN. ACCOUNTS RECEIVABLE PO BOX 31281 TAMPA, FL 33631

[redacted]

Number: 1163 Date: 10/02/2020 Amount: $282.80

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

METRO CORRAL PARTNERS, INC. 1069 W. MORSE BLVD WINTER PARK, FL 32789 — Seaside Bank & Trust 63-1608/631 — 001164 — DATE Oct 1, 2020 — Void after 180 Days — AMOUNT

Pay One Hundred Thirty One Dollars And 80 Cents — $131.80

to the Order of: TECO PEOPLES GAS P.O. BOX 31318 TAMPA, FL 33631-3318

[redacted]

Number: 1164 Date: 10/06/2020 Amount: $131.80

002198

5

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001165
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay One Thousand Two Hundred Twenty Three Dollars And 71 Cents $1,223.71
to the Order of:
TOHO WATER AUTHORITY
PO BOX 30527
TAMPA, FL 33630
[redacted]

Number: 1165 Date: 10/06/2020 Amount: $1,223.71

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001166
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Two Hundred Fifty Dollars And 00 Cents $250.00
to the Order of:
TRANSFORM CARPET INC
9228 HALSEY DR
GROVELAND, FL 34736
[redacted]

Number: 1166 Date: 10/19/2020 Amount: $250.00

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001167
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Eight Hundred Eleven Dollars And 39 Cents $811.39
to the Order of:
WASTE MANAGEMENT INC OF FLORIDA
WM CORPORATE SERVICES, INC AS F
PO BOX 4648
CAROL STREAM, IL 60197-4648
[redacted]

Number: 1167 Date: 10/05/2020 Amount: $811.39

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001168
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay One Hundred Five Dollars And 12 Cents $105.12
to the Order of:
READYREFRESH BY NESTLE
P.O. BOX 856680
LOUISVILLE, KY 40285-6680
[redacted]

Number: 1168 Date: 10/16/2020 Amount: $105.12

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001169
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Seven Hundred Forty Dollars And 00 Cents $740.00
to the Order of:
RIBEIRO DUARTE LLC
1190 MUZANO ST
APT B312
KISSIMMEE, FL 34741-0969
[redacted]

Number: 1169 Date: 10/05/2020 Amount: $740.00

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001170
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Two Hundred Forty Five Dollars And 00 Cents $245.00
to the Order of:
CISCO SYSTEMS, INC.
PO BOX 406316
ATLANTA, GA 30384-6316
[redacted]

Number: 1170 Date: 10/05/2020 Amount: $245.00

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001171
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Six Thousand Five Hundred Seventy Three Dollars And 40 Cents $6,573.40
to the Order of:
HARVILL'S PRODUCE
8775 S. ORANGE AVE.
Orlando, FL 32824
[redacted]

Number: 1171 Date: 10/02/2020 Amount: $6,573.40

METRO CORRAL PARTNERS, INC. 7021 Seaside Bank & Trust 001172
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Eight Thousand Six Hundred Sixty Four Dollars And 28 Cents $8,664.28
to the Order of:
KELLY FOODS
P.O. BOX 770187
WINTER GARDEN, FL 34777-0187
[redacted]

Number: 1172 Date: 10/02/2020 Amount: $8,664.28

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001173
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay Two Thousand Four Hundred Fifty Seven Dollars And 43 Cents $2,457.43
to the Order of:
RESTAURANT TECHNOLOGIES, INC
12962 Collections Center Drive
Chicago, IL 60693
[redacted]

Number: 1173 Date: 10/05/2020 Amount: $2,457.43

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001175
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Oct 1, 2020 Void after 180 Days
AMOUNT
Pay One Thousand Four Hundred Fourteen Dollars And 40 Cents $1,414.40
to the Order of:
NUCO2, INC
P.O. BOX 417902
BOSTON, MA 02241-7902
[redacted]

Number: 1175 Date: 10/07/2020 Amount: $1,414.40

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001176
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Sep 29, 2020 Void after 180 Days
AMOUNT
Pay Three Thousand Three Hundred Fifty Dollars And 00 Cents $3,350.00
to the Order of:
T & A GARDENING AND TRIMMING TREES
1118 CABALLERO RD
OCOEE, FL 34761
[redacted]

Number: 1176 Date: 10/02/2020 Amount: $3,350.00

METRO CORRAL PARTNERS, INC. Seaside Bank & Trust 001177
1069 W. MORSE BLVD 63-1608/631
WINTER PARK, FL 32789
DATE Sep 30, 2020 Void after 180 Days
AMOUNT
Pay Seven Hundred Seventy Dollars And 00 Cents $770.00
to the Order of:
OCALA LAWN & LANDSCAPE, INC
2111 SE 52ND ST
OCALA, FL 34480
[redacted]

Number: 1177 Date: 10/07/2020 Amount: $770.00

# MCP INC

**Bank Reconciliation**

**United Community Banks**
**Account No. x4315**
**GL Account#99-1004-000**

| | | | Per Book | | | Per Bank |
|---|---|---|---|---|---|---|
| Description | | 10/21/2020 | $ 976.78 | Description | 10/21/2020 | $ 1,177.83 |
| Deposit: | | | | | | |
| Adjustment: | Check 103 off by 5 cents | | (0.05) | Oustanding Checks | | (200.83) |
| | Coastal Equipment Pmt off | | 0.27 | | | |
| Ending Balance | | 10/21/2020 | $ 977.00 | Ending Balance | 10/21/2020 | $ 977.00 |

| | | | |
|---|---|---|---|
| Outstanding Checks: | | | |
| A&C PRINTING | 1046 | Computer Checks | $ 33.33 |
| THOMAS CAMPBEL | 1049 | Computer Checks | 10.00 |
| KAREN MARTIN | 1061 | Computer Checks | 10.00 |
| NOEL NOA | 1064 | Computer Checks | 10.00 |
| COLIN YOUNG | 1076 | Computer Checks | 10.00 |
| CITY OF WINTER | 1174 | Computer Checks | 127.50 |
| | | | $ 200.83 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Payroll ACCOUNT NUMBER: x1341

PURPOSE OF ACCOUNT: PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ - | |
| Plus Total Amount of Outstanding Deposits | $ - | |
| Minus Total Amount of Outstanding Checks and other debits | $ - | * |
| Minus Service Charges | $ - | |
| Ending Balance per Check Register | $ - | |

***Debit cards must not be issued on this account.**

****If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: Regions Bank BRANCH: Winter Park 1245 W Fairbanks Ave

ACCOUNT NAME: Payroll

ACCOUNT NUMBER: x1341

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached | | | | |
| TOTAL | | | | |

Metro Corral Partners, Inc.
Regions Bank x1341
Cash Disbursements Detail

| Date | Check # | Description | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 10/6/2020 | na | Child Support Paid by | | Transfer to Regions x1368 | $ 3,035.24 |
| 10/13/2020 | na | INC PR Tax 10/14 | | Payroll taxes | 31,453.90 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 7,385.53 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 8,842.54 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 40,524.98 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 6,455.19 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 34,037.65 |
| 10/14/2020 | na | Payroll Computer Check | | Payroll | 5,961.36 |
| 10/14/2020 | na | PR Transfer | | Transfer to Regions x1333 | 1,371.76 |
| 10/14/2020 | na | PR Returned -reissued | | Payroll | (706.17) |
| 10/19/2020 | na | Payroll Void Checks | | Payroll | (665.59) |
| 10/19/2020 | na | Payroll Computer Check | | Payroll | 635.59 |
| 10/19/2020 | na | ADP PR Fees | | Payroll fees | 1,482.47 |
| | | | | Total | $ 139,814.45 |
| | | | | Less: Intercompany transfers | (4,407.00) |
| | | | | Total disbursements | $ 135,407.45 |

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks Ave
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
PAYROLL
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1341

| | |
|---|---|
| | 092 |
| Cycle | 24 |
| Enclosures | 0 |
| Page | 1 of 3 |

## CORP ZBA MULTI-DIRECTIONAL

September 24, 2020 through October 21, 2020

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$0.00** | | Minimum Balance | $1,386 – |
| Deposits & Credits | $141,186.21 | + | | |
| Withdrawals | $141,186.21 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$0.00** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/06 | Transfer Fr [redacted]1333 | 3,035.24 |
| 10/08 | Transfer Fr [redacted]1333 | 103,207.25 |
| 10/13 | Transfer Fr [redacted]1333 | 31,453.90 |
| 10/14 | Return Settle Return Retire -Sett-Access | 1,371.76 |
| 10/16 | Transfer Fr [redacted]1333 | 635.59 |
| 10/19 | Transfer Fr [redacted]1333 | 1,482.47 |
| | Total Deposits & Credits | $141,186.21 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/06 | Regions Bank Prefunddbt 204002972 Eli | 158.77 |
| 10/06 | Regions Bank Prefunddbt 204002972 Eli | 58.62 |
| 10/06 | Regions Bank Prefunddbt 204002972 Eli | 1,159.09 |
| 10/06 | Regions Bank Prefunddbt 204002972 Eli | 1,658.76 |
| 10/08 | Regions Bank Prefunddbt 204002972 Eli | 103,207.25 |
| 10/13 | Wire Transfer ADP Client Tru | 31,453.90 |
| 10/14 | Transfer to [redacted]1333 | 1,371.76 |
| 10/16 | Regions Bank Prefunddbt 204002972 Eli | 635.59 |
| 10/19 | ADP Payroll Fees ADP - Fees Metro Corral P 39svc0 8681393 | 1,482.47 |
| | Total Withdrawals | $141,186.21 |



EQUAL HOUSING LENDER
2020 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Winter Park 1245 W Fairbanks A
1245 West Fairbanks Avee
Winter Park, FL 32789

METRO CORRAL PARTNERS INC
PAYROLL
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]1341

092

Cycle 24
Enclosures 0
Page 2 of 3

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/06 | 0.00 | 10/13 | 0.00 | 10/16 | 0.00 |
| 10/08 | 0.00 | 10/14 | 0.00 | 10/19 | 0.00 |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $<br>+ |
| 3. | Total lines 1 & 2 | $<br>= |
| 4. | Enter total from 4a<br>(column on right side of page) | $<br>- |
| 5. | Subtract line 4 from line 3.<br>This should be your checkbook balance. | $<br>= |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http:/www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: **NA - NO SEPARATE TAX ACCOUNT** BRANCH: ____________

ACCOUNT NAME: ____________ ACCOUNT NUMBER: ____________

PURPOSE OF ACCOUNT: TAX

| | |
|---|---|
| Ending Bank Balance per Bank Statement | |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | |
| Minus Service Charges | |
| Ending Balance per Check Register | |

***Debit cards must not be issued on this account.**

****If Closing Balance is negative, provide explanation:** ____________

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

NAME OF BANK: **NA - NO SEPARATE TAX ACCOUN'** BRANCH:

ACCOUNT NAME: ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | (d) |

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c) |
| TOTAL | (d) |

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | NONE (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| Change fund - Store #2 | | $ (0.12) | |
| Change fund - Store #3 | | $ (0.72) | |
| Change fund - Store #4 | | $ 5,775.00 | |
| Change fund - Store #8 | | $ 1,255.50 | |
| Change fund - Store #13 | | $ 98.80 | |
| **TOTAL** | | **$ 7,128.46** (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation.**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)** **$ 7,128.46 (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning October 6, 2020 and ending: October 21, 2020

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| **Information still being gathered** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**Tax accounts are still being reconciled.**

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Metro Corral Partners, Inc. Case Number: 6:20-bk-05584-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| **Information still being gathered** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

## CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| **Information still being gathered** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate ***(attach closing statement)*** ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Due to limitations in the Company's accounting system, certain information requested in this Monthly Operating Report is not readily available. Also, due to personnel changes in the Company's Accouting Department, certain accounts and activity are still being reconciled.

The company has engaged a forensic accounting firm to assist in gathering requested information and reconciling accounts. Their work is ongoing.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ____________________