UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| 1069 Restaurant Group, LLC | } | 6:20-bk-05582-LVV |
| | } | |
| | } | |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM __October 6, 2020_____ TO ___October 21, 2020_______

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

January 6, 2021
Date

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

1069 W. Morse Blvd.
Winter Park, FL 32789

Attorney's Address
and Phone Number:

Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
(407) 337-2060

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQ)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING October 6, 2020 AND ENDING October 21, 2020

Name of Debtor: 1069 Restaurant Group, LLC Case Number: 6:20-bk-05582-LVV
Date of Petition: October 5, 2020

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | **$50,560.54** | **(a)** | **$50,560.54** | **(b)** |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts (*See MOR-3*) | | | | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS (*Lines 2A+2B+2C*)** | **$0.00** | | **$0.00** | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*)** | **$50,560.54** | | **$50,560.54** | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 26.90 | | 26.90 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments (*See Attach. 2*) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | | |
| J. Payroll - Net (*See Attachment 5A*) | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments (*See Attach. 2*) | | | | |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | | | | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | | | | |
| Q. Taxes Paid - Other (*See Attachment 4C*) | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (*See MOR-3*) | | | | |
| **6. TOTAL DISBURSEMENTS (*Sum of 5A thru W*)** | **$26.90** | | **$26.90** | |
| **7. ENDING BALANCE (*Line 4 Minus Line 6*) (c)** | **$50,533.64** | **(c)** | **$50,533.64** | **(c)** |

**Calculation of calendar month cash disbursements for the month of October 2020 for U.S. Trustee Fee Calculation:**
Total Disbursements for the period from October 6, 2020 through October 31, 2020 **$ 26.90**

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 6th day of January, 20 21

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: 1069 Restaurant Group, LLC Case Number: 6:20-bk-05582-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21,2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Regions Bank BRANCH: Orlando Main Office

ACCOUNT NAME: Commercial Analyzed Checking ACCOUNT NUMBER: x9455

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $50,533.64 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 | * |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $50,533.64 | **(a) |

***Debit cards are used by** **na**

****If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

__________ Transferred to Payroll Account
__________ Transferred to Tax Account

Note: On 10/9/20, $48,725.66 was transferred to this DIP Account x9455 from the Company's pre-petition operating account x9860 (See Attachmenty 4B).

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: 1069 Restaurant Group, LLC Case Number: 6:20-bk-05582-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21,2020

NAME OF BANK: Regions Bank BRANCH: Orlando Main Office

ACCOUNT NAME: Commercial Analyzed Checking

ACCOUNT NUMBER: x9455

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/9/20 | na | Regions Bank | Analysis Charge | $ 26.90 |
| TOTAL | | | | $ 26.90 |

REGIONS
Regions Bank
Orlando Main Office
111 North Orange Ave
Orlando, FL 32801

DEBTOR IN POSSESSIONHOLM RESTAURANTS LLC
1069 W MORSE BLVD
WINTER PARK FL 32789-3780

**ACCOUNT #** [redacted]9455

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## COMMERCIAL ANALYZED CHECKING

October 1, 2020 through October 30, 2020

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$1,834.88** | | Minimum Balance | $1,834 |
| Deposits & Credits | $48,725.66 | + | | |
| Withdrawals | $0.00 | - | | |
| Fees | $26.90 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$50,533.64** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/09 | Wire Transfer Holm Restauran | 48,725.66 |

### FEES

| | | | |
|---|---|---|---|
| 10/09 | Analysis Charge | 09-20 | 26.90 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 10/09 | 50,533.64 |

**PRICING FOR CERTAIN TREASURY MANAGEMENT SERVICES AND ANALYZED DEPOSITORY PRODUCTS IS CHANGING EFFECTIVE JANUARY 1, 2021. CHANGES WILL BE REFLECTED BEGINNING WITH THE JANUARY ANALYSIS STATEMENT YOU WILL RECEIVE IN FEBRUARY. TO VIEW ALL CHANGES, VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE CONTACT YOUR TREASURY MGMT. OFFICER WITH QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

**For all your banking needs, please call 1-800-REGIONS (734-4667) or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2020 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: 1069 Restaurant Group, LLC Case Number: 6:20-bk-05582-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21,2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: United Community Bank BRANCH: Orlando

ACCOUNT NAME: Corporate Select ACCOUNT NUMBER: x9860

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $0.00 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 | * |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $0.00 | **(a) |

***Debit cards are used by** **na**

****If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**(☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

__________ Transferred to Payroll Account
__________ Transferred to Tax Account

Note: On 10/9/20, $48,725.66 was transferred from Account x9860 to the DIP Account x9455 (See Attachement 4A).

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: 1069 Restaurant Group, LLC Case Number: 6:20-bk-05582-LVV

Reporting Period beginning: October 6, 2020 and ending: October 21,2020

NAME OF BANK: United Community Bank BRANCH: Orlando

ACCOUNT NAME: Corporate Select

ACCOUNT NUMBER: x9860

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| TOTAL | | | | $ - |

Note: On 10/9/20, $48,725.66 was transferred from Account x9860 to the DIP Account x9455 (See Attachement 4A).

004756

Last statement: September 30, 2020
This statement: October 30, 2020
Total days in statement period: 30

Page 1 of 1
[redacted]9860
(0)

Direct inquiries to:
Customer Service, 888 881-7628

HOLM RESTAURANTS LLC
1069 W MORSE BLVD
WINTER PARK FL 32789

United Community Banks, Inc
201 South Orange Avenue, Suite 1350
Orlando, FL 32801

## Corporate Select

| | | | |
|---|---|---|---|
| Account number | [redacted]9860 | Beginning balance | $98,725.66 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $12,993.51 | Total subtractions | 98,725.66 |
| Avg collected balance | $12,993.00 | Ending balance | $.00 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | ' Bib Wire Out Dom<br>OT TO:ROSENFIELD AND COMPANY PLLC 1069 RESTAURANT GROU P LLC RETAINER | 50,000.00 |
| 10-09 | ' Bib Wire Out Dom<br>OT TO:HOLM RESTAURANTS LLC TRANSFER FUNDS IN SEASIDES THAT HR HAS TO REGIONS BANK HR.S ACCOUNT | 48,725.66 |

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate ***(attach closing statement)*** ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

The Company's only other assets are intercompany receivables from related entities Metro Corral Partners, Inc. and Metro Corral Partners, LLC for Payroll Protection Program (PPP) loans, as follows:

| | |
|---|---|
| Metro Corral Partners, Inc. | $ 3,305,241.02 |
| Metro Corral Partners, LLC | $ 5,973,966.05 |
| | $ 9,279,207.07 |

There were no changes in these accounts during this reporting period.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ____________________