**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-05582-LVV** |
| | **CHAPTER 11** |
| **1069 RESTAURANT GROUP, LLC,** | **Jointly Administered**[1] |
| Debtor.        / | |
| **In re:** | **CASE NO.: 6:20-bk-05584-LVV** |
| **METRO CORRAL PARTNERS, INC.,** | |
| Applicable Debtor.        / | |

**THIRD AMENDMENTS TO DEBTOR'S SCHEDULE F – CREDITORS
HOLDING NONPRIORITY UNSECURED CLAIMS
AND AMENDED SUMMARY OF SCHEDULES**

**METRO CORRAL PARTNERS, INC.** (the "Debtor"), by and through its undersigned counsel, files this Third Amendment to Debtor's Schedule F – Creditors Holding Nonpriority Unsecured Claims and Amended Summary of Schedules, filed with the Court on November 4, 2020 (Doc. No. 60), and states as follows:

1. Schedule F – Creditors Holding Nonpriority Unsecured Claims, should be amended to add the following creditor(s):

| Creditor | Date Incurred | Basis for Claim | | Amount |
|---|---|---|---|---|
| Gerald Kloppe<br>c/o Brandon T Kuhn, Esq<br>Maney Gordon Trial Lawyers<br>101 E Kennedy Blvd, Suite 1700<br>Tampa, FL   33602 | 12/13/2019 | Personal Injury Claim | Disputed | Unknown |

---

[1] Jointly administered with the following cases:  1069 Restaurant Group, LLC, Case No.: 6:20-bk-05582; Metro Corral Partners, LLC, Case No.:6-20-bk-05583; Metro Corral Partners, Inc., Case No.: 6:20-bk-05584; Altamonte GC, Inc., Case No.: 6:20-bk-05585; Celebration GC Ventures, LLC, Case No.: 6-20-bk-05586; Clermont GC, LLC, Case No.: 6:20-bk-05587; East Colonial, LLC, Case No.: 6:20-bk-05588; and MCP of Kissimmee, Inc., Case No.: 6-20-bk-05593.

2.    The Amended Summary of Schedules is attached hereto as **Exhibit "A"**.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**RESPECTFULLY SUBMITTED** this ____ day of February 2021.

_____
Eric A. Holm, Manager

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-05582-LVV** |
| **1069 RESTAURANT GROUP, LLC,** | **CHAPTER 11** |
| Debtor. | Jointly Administered |

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the forgoing **THIRD AMENDMENTS TO DEBTOR'S SCHEDULE F – CREDITORS HOLDING NONPRIORITY UNSECURED CLAIMS AND AMENDED SUMMARY OF SCHEDULES** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **DEBTORS**, c/o Eric Holm, 1069 W. Morse Blvd, Winter Park, FL 32789; **REGIONS BANK**, c/o Brad Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 N Park Ave #2, Winter Park, FL 32789 (bsaxton@whww.com); **GERALD KLOPPE**, c/o Brandon T Kuhn, Esq., Maney Gordon Trial Lawyers, 101 E Kennedy Blvd, Suite 1700, Tampa, FL 33602 (bkuhn@maneygordon.com); **ATTORNEYS FOR THE CREDITORS COMMITTEE**, Daren R. Brinkman, Esq., Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA 93065 (firm@brinkmanlaw.com); David Merrill, Esq., 2401 PGA Boulevard, Suite 280M, West Palm Beach, FL 33410 (dlmerrill@theassociates.com); the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original of this amendment filed with the Court; all parties who receive notice via CM/ECF in the ordinary course; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 on this 22nd day of February 2021.

Any new creditor(s) or additional partie(s), have been served a copy of this amendment, and, as applicable, the Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines, a Ballot, the Plan of Reorganization (DE 124), the Disclosure Statement (DE 125), Order Directing Joint Administration (DE 26), and the Order Conditionally Approving Disclosure Statement, Scheduling Hearing on Disclosure Statement and Confirmation of Plan of Reorganization, Fixing Time for Filing Fee and Other Administrative Expense Applications, and Fixing Time for Filing Acceptance of Rejections of Plan (DE 141).

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for the Debtors*

**Exhibit "A"**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Metro Corral Partners, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:20-bk-05584-LVV** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................   $  **10,840,033.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................   $  **8,463,257.99**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................................   $  **19,303,290.99**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $  **49,700,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................   $  **108,802.57**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$  **907,764.26**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                       $  **50,716,566.83**

```
Label Matrix for local noticing        1069 Restaurant Group, LLC           Kelsi J Hunt
113A-6                                  1069 W. Morse Blvd.                  543 Country Club Drive,
Case 6:20-bk-05582-LVV                  Winter Park, FL 32789-3780           Suite B
Middle District of Florida                                                   Wood Ranch, CA 93065-7696
Orlando
Mon Feb 22 10:58:56 EST 2021

Daniel P Velocci                        AIRGAS NATIONAL CARBONATION          BRINK'S INCORPORATED
Iannitelli Marcolini, P.C.              P.O. BOX 734673                      7373 SOLUTIONS CENTER
5353 North 16th Street, Suite 315       DALLAS, TX 75373-4673                CHICAGO, IL 60677-7003
Phoenix, AZ 85016-3227


BRINKS INCORPORATED                     BROWNIE'S SEPTIC & PLUMBING          CHARLES WINGO SIGNS, INC
7373 SOLUTIONS CENTER                   4949 N. ORANGE BLOSSOM TRL           P.O. BOX 1172
CHICAGO, IL 60677-7003                  ORLANDO, FL 32810-1002               APOPKA, FL 32704-1172


CINTAS CORP - DECATUR                   COASTAL EQUIPMENT COMPANY            COBB COUNTY BUSINESS
P.O. BOX 630910                         130 COASTAL LANE                     PO BOX 649
CINCINNATI, OH 45263-0910               JACKSONVILLE, NC 28546-6761          MARIETTA, GA 30061-0649


COPESAN SERVICES INC                    ECOLAB PEST ELIMINATION DIV          EPIC OUTDOOR ADVERTISING
PO BOX 8442                             26252 NETWORK PLACE                  8718 SHIMMERING PINE PLACE
CAROL STREAM, IL 60197-8442             CHICAGO, IL 60673-1262               SANFORD, FL 32771-8127


EPIC OUTDOR ADVERTISING                 Ecolab                               Epic Outdoor Advertising, Inc.
8718 SHIMMERING PINE PLACE              PO BOX 32027                         c/o Andrew S. Ballentine
SANFORD, FL 32771-8127                  NEW YORK, NY 10087-2027              332 N. Magnolia Avenue
                                                                             Orlando, FL 32801-1609


Fourlanes LLC                           GA AIR AND REFRIGERATION             GC Kennesaw, LLC
C/O COLLETT                             50 GRAYSON INDUSTRIAL PKWY           3542 Ballina Canyon Rd
PO BOX 36799                            GRAYSON, GA 30017-1811               Encino, CA 91436-4108
CHARLOTTE, NC 28236-6799


GC Kennesaw, LLC                        GEORGIA AIR & REFRIGERATION          GOOD GUYS CARPET & RUG
c/o Steven M. Berman, Esq.              50 GRAYSON INDUSTRIAL PKWY           3125 GATEWAY DRIVE, SUITE F
101 E. Kennedy Blvd., Suite 2800        GRAYSON, GA 30017-1811               NORCROSS, GA 30071-1126
Tampa, Florida 33602-5150


GOOD GUYS CARPET CLEANING               GRAYSTONE BUILDING                   Golden Corral Franchising Systems, Inc.
3125 Gateway Drive Suite F              1872 PLEASANT HILL ROAD              c/o John A. Northen
Norcross, GA 30071-1126                 CARROLLTON, GA 30116-8559            1414 Raleigh Road, Suite 435
                                                                             Chapel Hill, NC 27517-8834


Golden Corral Franchising Systems, Inc. Gwinnett Prado, LP                   HARVILL'S PRODUCE
c/o Michael A. Tessitore, Esq.          c/o Wiles and Wiles, LLP             8775 S. ORANGE AVE.
Moran Kidd Lyons Johnson Garcia, P.A.   800 Kennesaw Avenue                  Orlando, FL 32824-7902
111 N. Orange Avenue, Suite 900         Suite 400
Orlando, FL 32801-2307                  Marietta, Ga. 30060-7946
```

| | | |
|---|---|---|
| HIGHLAND LAKES CENTER, LLC<br>C/O REALTY CAPITAL ADVISORS, LLC<br>341 N MAITLAND AVE SUITE 115<br>MAITLAND, FL 32751-4782 | HOODZ OF ORLANDO<br>910 BELLE AVE<br>STE 1160<br>WINTER SPRINGS, FL 32708-1909 | ITECH TOTAL TECH SUPPORT<br>2711 Rew Circle<br>Ocoee, FL 34761-2991 |
| Josephine Searcy<br>c/o Robert B. Branson<br>BransonLaw, PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | K-One, Inc.<br>1672 Angelica Ct.<br>Lawrenceville, GA 30043-7142 | KELLY FOODS<br>P.O. BOX 770187<br>WINTER GARDEN, FL 34777-0187 |
| KELLY'S FOODS ATLANTA<br>4630 LAKE MIRROR PLACE<br>FOREST PARK, GA 30297-1609 | Kelly's Foods, Inc.<br>c/o Justin M. Luna, Esq.<br>111 N. Magnolia Ave., Ste. 1400<br>Orlando, FL 32801-2367 | MBM<br>MBM<br>PO BOX 936055<br>ATLANTA, GA 31193-6055 |
| MBM CORPORATION<br>PO BOX 936055<br>ATLANTA, GA 31193-6055 | METROAIR & REFRIDGERATION<br>2391 SPIRES DRIVE<br>MACON, GA 31216-5803 | Milkathy Corp.<br>3617 Newark St. NW<br>Washington, DC 20016-3179 |
| Milkathy Corp.<br>c/o Betsy C. Cox<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL 32207-9020 | NET HOLDINGS II<br>WHEELER/KOLB MGMT CO<br>P.O. BOX 427<br>EMERSON, NJ 07630-0427 | NUCO2, INC<br>P.O. BOX 417902<br>BOSTON, MA 02241-7902 |
| OUTFRONT MEDIA<br>635 W MICHIGAN STREET<br>ORLANDO, FL 32805-6203 | Outfront Media, LLC<br>Daniel P. Velocci, Esq.<br>5353 N. 16th St., Ste. 315<br>Phoenix, AZ 85016-3227 | PHOENIX WHOLESALE FOOD<br>P.O. BOX 707<br>FOREST PARK, GA 30298-0707 |
| RESTAURANT TECHNOLOGIES<br>12962 Collections Center Dr<br>CHICAGO, IL 60693-0129 | Regions Bank<br>11140 State Bridge Road<br>Alpharetta, GA 30022-6009 | Regions Bank<br>c/o Bradley M. Saxton, Esq.<br>Winderweedle, Haines, Ward & Woodman, P.<br>PO Box 880<br>Winter Park, FL 32790-0880 |
| Regions Bank<br>c/o Ronald B. Cohn, Esq.<br>Burr & Forman LLP<br>201 North Franklin Street<br>Suite 3200<br>Tampa, Florida 33602-5872 | Regions Bank, as Administrative Agent<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 | Regions Bank, as Administrative Agent<br>c/o Ryan E. Davis<br>PO Box 880<br>Winter Park, FL 32790-0880 |
| Rudy Arribas, Trustee of the Alfonso Arribas<br>c/o Nardella & Nardella<br>135 W. Central Blvd., Suite 300<br>Orlando FL 32801-2435 | SITE Centers Corp.<br>c/o Eric C. Cotton Esq.,<br>3300 Enterprise Pkwy.,<br>Beachwood, OH 44122-7200 | UNITED FIRE PROTECTION, INC<br>3247 TECH DRIVE N<br>ST PETERBURG, FL 33716-1008 |
| United Fire Protection, Inc.<br>c/o David J Tong, Esq<br>201 E Kennedy Blvd, Ste 600<br>Tampa, FL 33602-5819 | WASTE MANAGEMENT ORLANDO<br>WM CORPORATE SERVICES, INC<br>PO BOX 4648<br>CAROL STREAM, IL 60197-4648 | WATER SOLUTIONS<br>P.O.BOX 721<br>LEBANON, GA 30146-0721 |

| | | |
|---|---|---|
| ZRE Melbourne Corporation<br>700 American Ave., Ste 200<br>King of Prussia, PA 19406-4031 | ZRE Melbourne Corporation<br>c/o Betsy C. Cox<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL 32207-9020 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Mariane L Dorris +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | David Lloyd Merrill +<br>The Associates<br>1525 Prosperity Farms Road, Suite B<br>West Palm Beach, FL 33403-2029 |
| Bradley M Saxton +<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Orlando, FL 32801-3221 | Michael A Tessitore +<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 |
| Betsy C Cox +<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207-1811 | Steven M Berman +<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Ronald B Cohn +<br>Burr & Forman LLP<br>201 North Franklin Street<br>Suite 3200<br>Tampa, FL 33602-5872 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Miriam G Suarez +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Justin M Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>111 N. Magnolia Avenue, Suite 1400<br>Orlando, FL 32801-2367 |
| Roman V Hammes +<br>Nardella & Nardella, PLLC<br>135 West Central Boulevard, Suite 300<br>Orlando, FL 32801-2435 | Bradley J Anderson +<br>Zimmerman Kiser & Sutcliffe, P.A.<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Becket & Lee, LLP (SB) +<br>Post Office Box 3001<br>Malvern, FL 19355-0701 |
| Andrew S Ballentine +<br>de Beaubien, Simmons, Knight, et. al.<br>332 North Magnolia Street<br>Orlando, FL 32801-1609 | Lauren M Reynolds +<br>Winderweedle Haines Ward and Woodman PA<br>329 North Park Avenue<br>Winter Park, FL 32789-7421 | Bryan E Buenaventura +<br>U.S. Trustee Office - Region 21<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| John A Northen +<br>Northen Blue, LLP<br>Post Office Box 2208<br>Chapel Hill, NC 27515-2208 | Dov Y Frankel +<br>Taft, Stettinius & Hollister LLP<br>200 Public Square<br>Cleveland, OH 44114-2317 | Daren R Brinkman +<br>Brinkman Law Group, PC<br>543 Country Club Drive, Suite B<br>Wood Ranch, CA 93065-7696 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)COASTAL EQUIPMENT COMPANY<br>130 COASTAL LN<br>JACKSONVILLE, NC 28546-6761 | (d)RESTAURANT TECHNOLOGIES, INC<br>12962 Collections Center Dr<br>Chicago, IL 60693-0129 | End of Label Matrix<br>Mailable recipients   84<br>Bypassed recipients    2<br>Total                 86 |